**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware_____
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | SFX Entertainment, Inc. | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | SFX Holding Corporation; SFX-320 Lincoln Operating LLC <br> SFX-Opium Group Operating LLC; SFX-Cameo Operating LLC <br> SFX-Mokai Operating LLC; SFX-Star Island Operating LLC <br> SFX-Huka Operating LLC; SFX-VMX Holding LLC <br> SFX-VMX Operating LLC; SFX Intermediate Holdco I LLC | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 9 0 - 0 8 6 0 0 4 7 |

4. **Debtor's address**

**Principal place of business**

902      Broadway
Number     Street

15th Floor

New York      NY      10010
City          State       ZIP Code

New York
County

**Mailing address, if different from principal place of business**

_____
Number      Street

P.O. Box _____

_____
City          State       ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City          State       ZIP Code

5. **Debtor's website (URL)**    www.sfxii.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   SFX Entertainment, Inc.                                          Case number *(if known)* _____
         _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .
   7  9  0  0

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   See Schedule 1 attached hereto          Relationship _____

         District _____               When _____
                                                                 MM / DD / YYYY

         Case number, if known _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    SFX Entertainment, Inc.
_____
            Name

Case number *(if known)* _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors\***

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☒ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets\***

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    SFX Entertainment, Inc.
          Name                                                    Case number (if known)

**16. Estimated liabilities\***

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [x] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/1/2016
              MM / DD / YYYY

X _____         Michael Katzenstein
  Signature of authorized representative of debtor      Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X _____         Date   2/1/2016
  Signature of attorney for debtor                MM / DD / YYYY

Dennis A. Meloro
Printed name
Greenberg Traurig, LLP
Firm name
1007      N Orange Street, Suite 1200
Number    Street
Wilmington                                 DE        19801
City                                       State     ZIP Code

302-661-7000                               melorod@gtlaw.com
Contact phone                              Email address

4435                                       DE
Bar number                                 State

---

\* Answers to Questions 14-16 are on a consolidated basis with the other Debtors.

## SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. SFX Entertainment, Inc.
2. 430R Acquisition LLC
3. Beatport, LLC
4. Core Productions LLC
5. EZ Festivals LLC
6. Flavorus, Inc.
7. ID&T/SFX Mysteryland LLC
8. ID&T/SFX North America LLC
9. ID&T/SFX Q-Dance LLC
10. ID&T/SFX Sensation LLC
11. ID&T/SFX TomorrowWorld LLC
12. LETMA Acquisition, LLC
13. Made Event, LLC
14. Michigan JJ Holdings LLC
15. SFX Acquisition LLC
16. SFX Brazil LLC
17. SFX Canada Inc.
18. SFX Development LLC
19. SFX EDM Holdings Corporation
20. SFX Entertainment International II, Inc.
21. SFX Entertainment International, Inc.
22. SFX Intermediate Holdco II LLC
23. SFX Managing Member Inc.
24. SFX Marketing LLC
25. SFX Platform & Sponsorship LLC
26. SFX Technology Services, Inc.
27. SFX/AB Live Event Canada, Inc.
28. SFX/AB Live Intermediate Holdco LLC
29. SFX/AB Live Event LLC
30. SFX-94 LLC
31. SFX-Disco Intermediate Holdco LLC
32. SFX-Disco Operating LLC
33. SFXE IP LLC
34. SFX-EMC, Inc.
35. SFX-Hudson LLC
36. SFX-IDT N.A. Holding II LLC
37. SFX-LIC Operating LLC
38. SFX-IDT N.A. Holding LLC

39.  SFX-Nightlife Operating LLC
40.  SFX-Perryscope LLC
41.  SFX-React Operating LLC
42.  Spring Awakening, LLC
43.  SFXE Netherlands Holdings Coöperatief U.A.
44.  SFXE Netherlands Holdings B.V.

Official Form 201A (12/15)

| In re: | Chapter 11 |
|---|---|
| SFX Entertainment, Inc., | Case No. 16-_____ (   ) |
| Debtor. | |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___001-36119___ .

2. The following financial data is the latest available information and refers to the debtor's condition on ___9/30/2015___ .

| | | |
|---|---|---|
| a. Total assets | $ | 661,614,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $ | 490,236,000.00 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ unsecured ☐ | subordinated ☐ | $ | | |

d. Number of shares of preferred stock          30,150

e. Number of shares common stock          98,167,718

Comments, if any:  150 shares of Series A Preferred Stock and 30,000 shares of Series B Convertible Preferred Stock are issued and outstanding.

3. Brief description of debtor's business:  Largest global producer of live events and digital entertainment content focused exclusively on the electronic music culture and other world-class festivals.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Robert F.X. Sillerman and funds controlled by him beneficially own approximately 37.8% of outstanding common stock.

## ACTION BY UNANIMOUS WRITTEN CONSENT
### (Bankruptcy Filing)

January 31, 2016

With respect to SFX Entertainment, Inc., a Delaware corporation (the "**Company**") and each entity set forth in the first column of SCHEDULE A attached hereto (each an "**Affiliate**", and collectively, the "**Affiliates**," and together with Company, "**SFX**" and each a "**Party**"), each of the undersigned, in its, his or her capacity set forth below (each a "**Signatory**"), pursuant to applicable law and in accordance with each such Party's organizational documents, hereby waives the calling or holding of a meeting and hereby adopts the resolutions attached as ANNEX I hereto.

This Action by Unanimous Written Consent may be signed in a counterpart transmitted by facsimile or other electronic transmission, which shall be deemed an original. With respect to each Party, this Action by Unanimous Written Consent shall become effective upon the receipt of the fully executed counterpart signed by the parties required by the organizational documents of such Party, and shall be filed with the minutes of such Party.

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth below its, his or her name.

**SFX ENTERTAINMENT, INC.**

ROBERT F.X. SILLERMAN
Director
Date:   January **31**, 2016

_____
MITCHELL SLATER
Director
Date:   January ___, 2016

_____
TIMOTHY H. BISHOP
Director
Date:   January ___, 2016

_____
JOHN MILLER
Director
Date:   January ___, 2016

_____
DR. ANDREW BAZOS
Director
Date:   January ___, 2016

[Signature Page to Unanimous Written Consent]

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth below its, his or her name.

**SFX ENTERTAINMENT, INC.**


ROBERT F.X. SILLERMAN
Director
Date:    January ___, 2016


MITCHELL SLATER
Director
Date:    January 31 , 2016


TIMOTHY H. BISHOP
Director
Date:    January ___, 2016


JOHN MILLER
Director
Date:    January ___, 2016


DR. ANDREW BAZOS
Director
Date:    January ___, 2016


[Signature Page to Unanimous Written Consent]

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth below its, his or her name.

**SFX ENTERTAINMENT, INC.**

_____
ROBERT F.X. SILLERMAN
Director
Date:    January ___, 2016

_____
MITCHELL SLATER
Director
Date:    January ___, 2016

_____
TIMOTHY M. BISHOP
Director
Date:    January 31 , 2016

_____
JOHN MILLER
Director
Date:    January ___, 2016

_____
DR. ANDREW BAZOS
Director
Date:    January ___, 2016

[Signature Page to Unanimous Written Consent]

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth below its, his or her name.

**SFX ENTERTAINMENT, INC.**

_____
ROBERT F.X. SILLERMAN
Director
Date:    January ___, 2016

_____
MITCHELL SLATER
Director
Date:    January ___, 2016

_____
TIMOTHY H. BISHOP
Director
Date:    January ___, 2016

_____
JOHN MILLER
Director
Date:    January 31 , 2016

_____
DR. ANDREW BAZOS
Director
Date:    January ___, 2016

[Signature Page to Unanimous Written Consent]

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth below its, his or her name.

**SFX ENTERTAINMENT, INC.**

_____
ROBERT F.X. SILLERMAN
Director
Date:    January ___, 2016


_____
MITCHELL SLATER
Director
Date:    January ___, 2016


_____
TIMOTHY H. BISHOP
Director
Date:    January ___, 2016


_____
JOHN MILLER
Director
Date:    January ___, 2016


_____
DR. ANDREW BAZOS
Director
Date:    January _31_, 2016


[Signature Page to Unanimous Written Consent]

FRANK E. BARNES III
Director
Date:   January 31, 2016



MICHAEL MEYER
Director
Date:   January ____, 2016



PASQUALE MANOCCHIA
Director
Date:   January ____, 2016

[Signature Page to Unanimous Written Consent]

_____
FRANK E. BARNES III
Director
Date:    January ___, 2016


_____
MICHAEL MEYER
Director
Date:    January 31 , 2016


_____
PASQUALE MANOCCHIA
Director
Date:    January ___, 2016

[Signature Page to Unanimous Written Consent]

FRANK E. BARNES III
Director
Date:    January ___, 2016


MICHAEL MEYER
Director
Date:    January ___, 2016


PASQUALE MANOCCHIA
Director
Date:    January 31 , 2016

SFX/AB LIVE EVENT LLC
SFX INTERMEDIATE HOLDCO II LLC
MICHIGAN JJ HOLDINGS LLC
SFXE IP LLC
SFX-PERRYSCOPE LLC
SFX BRAZIL LLC

By:  SFX ENTERTAINMENT, INC.,
     as its sole member

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January _31_, 2016


SFX EDM HOLDINGS CORPORATION


By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January _31_, 2016



By: _____
Name:  ROBERT F.X. SILLERMAN
Title:  Director
Date:  January ___, 2016

[Signature Page to Unanimous Written Consent]

SFX/AB LIVE EVENT LLC
SFX INTERMEDIATE HOLDCO II LLC
MICHIGAN JJ HOLDINGS LLC
SFXE IP LLC
SFX-PERRYSCOPE LLC
SFX BRAZIL LLC

By:  SFX ENTERTAINMENT, INC.,
    as its sole member

By: _____
Name:  RICHARD ROSENSTEIN
Title:   Chief Financial Officer
Date:   January ____, 2016


## SFX EDM HOLDINGS CORPORATION


By: _____
Name:  RICHARD ROSENSTEIN
Title:   Director
Date:   January ____, 2016


By: _____
Name:  ROBERT F.X. SILLERMAN
Title:   Director
Date:   January 31, 2016

[Signature Page to Unanimous Written Consent]

**SFX TECHNOLOGY SERVICES, INC.**

By: _____
Name: ROBERT DAMON
Title:   Director
Date:   January ___, 2016

By: _____
Name: RICHARD ROSENSTEIN
Title:   Director
Date:   January 31, 2016

By: _____
Name: SHELDON FINKEL
Title:   Director
Date:   January 31, 2016

**SFX-EMC, INC.**

By: _____
Name: ROBERT DAMON
Title:   Director
Date:   January ___, 2016

By: _____
Name: RICHARD ROSENSTEIN
Title:   Director
Date:   January 31, 2016

By: _____
Name: SHELDON FINKEL
Title:   Director
Date:   January 31, 2016

**SFX TECHNOLOGY SERVICES, INC.**

By: _____
Name:  ROBERT DAMON
Title:  Director
Date:  January 31, 2016

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January 31, 2016

By: _____
Name:  SHELDON FINKEL
Title:  Director
Date:  January ___, 2016

**SFX-EMC, INC.**

By: _____
Name:  ROBERT DAMON
Title:  Director
Date:  January 31, 2016

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January 31, 2016

By: _____
Name:  SHELDON FINKEL
Title:  Director
Date:  January ___, 2016

[Signature Page to Unanimous Written Consent]

**SFX MANAGING MEMBER INC.**

By: _____
Name:  SHELDON FINKEL
Title:   Director
Date:   January 31, 2016


By: _____
Name:  ROBERT F.X. SILLERMAN
Title:   Director
Date:   January ___, 2016


By: _____
Name:  MITCHELL SLATER
Title:   Director
Date:   January 31, 2016


By: _____
Name:  RITTY VAN STRAALEN
Title:   Director
Date:   January ___, 2016


By: _____
Name:  JACOB SMID
Title:   Director
Date:   January 31, 2016


**SFX-DISCO INTERMEDIATE HOLDCO LLC**

By:  SFX-DISCO OPERATING LLC,
     as its sole member


By: _____
Name:  RICHARD ROSENSTEIN
Title:   Chief Financial Officer
Date:   January ___, 2016


[Signature Page to Unanimous Written Consent]

**SFX MANAGING MEMBER INC.**

By: _____
Name: SHELDON FINKEL
Title: Director
Date: January ___, 2016

By: _____
Name: ROBERT F.X. SILLERMAN
Title: Director
Date: January 31, 2016

By: _____
Name: MITCHELL SLATER
Title: Director
Date: January ___, 2016

By: _____
Name: RITTY VAN STRAALEN
Title: Director
Date: January ___, 2016

By: _____
Name: JACOB SMID
Title: Director
Date: January ___, 2016

**SFX-DISCO INTERMEDIATE HOLDCO LLC**

By: SFX-DISCO OPERATING LLC,
    as its sole member

By: _____
Name: RICHARD ROSENSTEIN
Title: Chief Financial Officer
Date: January ___, 2016

**SFX MANAGING MEMBER INC.**

By: _____
Name:  SHELDON FINKEL
Title:  Director
Date:  January ____, 2016


By: _____
Name:  ROBERT F.X. SILLERMAN
Title:  Director
Date:  January ____, 2016


By: _____
Name:  MITCHELL SLATER
Title:  Director
Date:  January ____, 2016

By: _____
Name:  KITTY VAN STRAALEN
Title:  Director
Date:  January 31, 2016


By: _____
Name:  JACOB SMID
Title:  Director
Date:  January ____, 2016


**SFX-DISCO INTERMEDIATE HOLDCO LLC**

By:  SFX-DISCO OPERATING LLC,
     as its sole member

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January 31, 2016


[Signature Page to Unanimous Written Consent]

**ID&T/SFX NORTH AMERICA LLC**

By:  SFX-IDT N.A. HOLDING LLC,
     as its member

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January 31, 2016


By:  ONE OF US INTERNATIONAL, B.V.,
     as its member

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January 31, 2016

By: _____
Name:  SHELDON FINKEL
Title:  Director
Date:  January 31, 2016

By: _____
Name:  MITCHELL SLATER
Title:  Director
Date:  January 31, 2016

[Signature Page to Unanimous Written Consent]

BEATPORT, LLC

By:  RICHARD ROSENSTEIN, as its manager

By: _____
Name:  RICHARD ROSENSTEIN
Title:    Director
Date:    January 31, 2016

By:  ROBERT F.X. SILLERMAN, as its manager

By: _____
Name:  ROBERT F.X. SILLERMAN
Title:    Director
Date:    January ___, 2016

[Signature Page to Unanimous Written Consent]

**BEATPORT, LLC**

By:  RICHARD ROSENSTEIN, as its manager


By:  _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January ____, 2016


By:  ROBERT F.X. SILLERMAN, as its manager

By:  _____
Name:  ROBERT F.X. SILLERMAN
Title:  Director
Date:  January 31, 2016

[Signature Page to Unanimous Written Consent]

SFX MARKETING LLC
SFX-NIGHTLIFE OPERATING LLC
BEATPORT, LLC
LETMA ACQUISITION, LLC
SFX-94 LLC
SFX PLATFORM & SPONSORSHIP LLC

By: SFX INTERMEDIATE HOLDCO II LLC,
    as its sole member

By: _____
Name: RICHARD ROSENSTEIN
Title: Chief Financial Officer
Date: January 3⅃, 2016


SFX-REACT OPERATING LLC
SFX-LIC OPERATING LLC
430R ACQUISITION LLC
SFX-HUDSON LLC
SFX-DISCO OPERATING LLC
SFX-IDT N.A. HOLDING LLC
SFX-IDT N.A. HOLDING II LLC

By: SFX MANAGING MEMBER INC.,
    as its sole member

By: _____
Name: RICHARD ROSENSTEIN
Title: Chief Financial Officer
Date: January 3⅃, 2016

[Signature Page to Unanimous Written Consent]

SFX DEVELOPMENT LLC
CORE PRODUCTIONS LLC

By: SFX MANAGING MEMBER INC.,
    as its managing member

By: _____
Name:  RICHARD ROSENSTEIN
Title:   Chief Financial Officer
Date:  January 31, 2016

SPRING AWAKENING, LLC

By: SFX-REACT OPERATING LLC,
    as its sole member

By: _____
Name:  RICHARD ROSENSTEIN
Title:   Chief Financial Officer
Date:  January 31, 2016

FLAVORUS, INC.

By: _____
Name:  SHELDON FINKEL
Title:   Director
Date:  January 31, 2016

By: _____
Name:  TODD SIMS
Title:   Director
Date:  January 31, 2016

By: _____
Name:  JACOB SMID
Title:   Director
Date:  January 31, 2016

[Signature Page to Unanimous Written Consent]

SFX ACQUISITION, LLC
ID&T/SFX Q-DANCE LLC
ID&T/SFX SENSATION LLC
ID&T/SFX MYSTERYLAND LLC
ID&T/SFX TOMORROWWORLD LLC

By:  ID&T/SFX NORTH AMERICA LLC,
     as its sole member

By:  _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January 31, 2016

**EZ FESTIVALS, LLC**
**MADE EVENT, LLC**

By:  SFX ACQUISITION, LLC,
     as its sole member

By:  _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January 31, 2016

[Signature Page to Unanimous Written Consent]

**SFX/AB LIVE EVENT CANADA, INC.**

By: _____
Name: RICHARD ROSENSTEIN
Title:   Director
Date:   January 31, 2016

By: _____
Name: RITTY VAN STRAALEN
Title:   Director
Date:   January 31, 2016

**SFX/AB LIVE INTERMEDIATE HOLDCO LLC**

By:  SFX/AB LIVE EVENT LLC,
      as its sole member

By: _____
Name: RICHARD ROSENSTEIN
Title:   Chief Financial Officer
Date:   January 31, 2016

**SFX CANADA INC.**

By: _____
Name: RICHARD ROSENSTEIN
Title:   Director
Date:   January 31, 2016

By: _____
Name: RITTY VAN STRAALEN
Title:   Director
Date:   January 31, 2016

By: _____
Name: ROBERT F.X. SILLERMAN
Title:   Director
Date:   January ___, 2016

[Signature Page to Unanimous Written Consent]

**SFX/AB LIVE EVENT CANADA, INC.**

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January ___, 2016

By: _____
Name:  RITTY VAN STRAALEN
Title:  Director
Date:  January ___, 2016

**SFX/AB LIVE INTERMEDIATE HOLDCO LLC**

By:  SFX/AB LIVE EVENT LLC,
    as its sole member

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Chief Financial Officer
Date:  January ___, 2016

**SFX CANADA INC.**

By: _____
Name:  RICHARD ROSENSTEIN
Title:  Director
Date:  January ___, 2016

By: _____
Name:  RITTY VAN STRAALEN
Title:  Director
Date:  January ___, 2016

By: _____
Name:  ROBERT F.X. SILLERMAN
Title:  Director
Date:  January 31, 2016

[Signature Page to Unanimous Written Consent]

**SFX ENTERTAINMENT INTERNATIONAL, INC.**

By: _____
Name:  ROBERT F.X. SILLERMAN
Title:   Director
Date:   January 31, 2016

By: _____
Name:  RITTY VAN STRAALEN
Title:   Director
Date:   January ____, 2016

By: _____
Name:  SHELDON FINKEL
Title:   Director
Date:   January ____, 2016


**SFX ENTERTAINMENT INTERNATIONAL II, INC.**

By: _____
Name:  RICHARD ROSENSTEIN
Title:   Director
Date:   January ____, 2016

By: _____
Name:  ROBERT F.X. SILLERMAN
Title:   Director
Date:   January 31, 2016

By: _____
Name:  SHELDON FINKEL
Title:   Director
Date:   January ____, 2016


[Signature Page to Unanimous Written Consent]

**SFX ENTERTAINMENT INTERNATIONAL, INC.**

By: _____
Name: ROBERT F.X. SILLERMAN
Title: Director
Date: January ___, 2016

By: _____
Name: KITTY VAN STRAALEN
Title: Director
Date: January 3, 2016

By: _____
Name: SHELDON FINKEL
Title: Director
Date: January ___, 2016


**SFX ENTERTAINMENT INTERNATIONAL II, INC.**

By: _____
Name: RICHARD ROSENSTEIN
Title: Director
Date: January 31, 2016


By: _____
Name: ROBERT F.X. SILLERMAN
Title: Director
Date: January ___, 2016


By: _____
Name: SHELDON FINKEL
Title: Director
Date: January ___, 2016


[Signature Page to Unanimous Written Consent]

**SFX ENTERTAINMENT INTERNATIONAL, INC.**

By: _____
Name: ROBERT F.X. SILLERMAN
Title:   Director
Date:   January ____, 2016

By: _____
Name: RITTY VAN STRAALEN
Title:   Director
Date:   January ____, 2016

By: _____
Name: SHELDON FINKEL
Title:   Director
Date:   January 21, 2016


**SFX ENTERTAINMENT INTERNATIONAL II, INC.**

By: _____
Name: RICHARD ROSENSTEIN
Title:   Director
Date:   January ____, 2016


By: _____
Name: ROBERT F.X. SILLERMAN
Title:   Director
Date:   January ____, 2016


By: _____
Name: SHELDON FINKEL
Title:   Director
Date:   January 21, 2016


[Signature Page to Unanimous Written Consent]

**SFXE NETHERLANDS HOLDINGS COÖPERATIEF U.A.**

By:
Name: MITCHELL SLATER
Title:   Director
Date:   January 31, 2016

By:
Name: SHELDON FINKEL
Title:   Director
Date:   January 31, 2016

**SFXE NETHERLANDS HOLDINGS B.V.**

By:
Name: MITCHELL SLATER
Title:   DIRECTOR
Date:   January 31, 2016

By:
Name: SHELDON FINKEL
Title:   DIRECTOR
Date:   January 31, 2016

[Signature Page to Unanimous Written Consent]

SCHEDULE A

| | Party | Jurisdiction | Officers |
|---|---|---|---|
| 1. | SFX Entertainment, Inc. | Delaware | Robert F.X. Sillerman - Chief Executive Officer and Chairman of the Board<br>Richard Rosenstein - Chief Financial Officer and Chief Administrative Officer<br>Ritty van Straalen - Chief Executive Officer and President of Live Entertainment<br>Mitchell Slater - Vice Chairman of the Board<br>Sheldon Finkel - Chairman of Strategy & Development<br>Robert Damon - Chief Accounting Officer and Senior Vice President<br>Howard Tytel - General Counsel<br>Jason Barr - Senior Deputy General Counsel, Corporate Secretary and Senior Vice President |
| 2. | SFX/AB Live Event LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary<br>Jacob Smid – Executive Vice President |
| 3. | SFX Brazil LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary |
| 4. | SFX EDM Holdings Corporation<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Robert F.X. Sillerman – President<br>Richard Rosenstein – Chief Financial Officer |
| 5. | SFX Intermediate Holdco II LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jacob Smid - Executive Vice President |
| 6. | Michigan JJ Holdings LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary |
| 7. | SFX Entertainment International, Inc.<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Robert F.X. Sillerman - President<br>Sheldon Finkel - Executive Vice President<br>Ritty van Straalen - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr – Secretary |
| 8. | SFX Entertainment International II, Inc.<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Ritty van Straalen - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary |
| 9. | SFXE IP LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel - President<br>Jonathan Seiden - Executive Vice President<br>Mitchell Slater - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr – Secretary |
| 10. | SFX-Perryscope LLC<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Ritty van Straalen - President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Jacob Smid - Executive Vice President |
| 11. | SFX Technology Services, Inc.<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel – President<br>Robert Damon – Vice President |

| | | | |
|---|---|---|---|
| | | | Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary<br>Melissa Bortnick – Assistant Secretary |
| 12. | SFX-EMC, Inc.<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel – President<br>Robert Damon – Vice President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary<br>Melissa Bortnick – Assistant Secretary |
| 13. | SFX Managing Member Inc.<br>*(100% owned by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel - President<br>Jacob Smid - Executive Vice President<br>Ritty van Straalen - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary |
| 14. | SFX-React Operating LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Jacob Smid - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Nick Karounos - Vice President<br>Larry Acciari - Vice President<br>Lucas King - Vice President<br>Jeff Callahan - Vice President |
| 15. | SFX-LIC Operating LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Jacob Smid - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr - Secretary<br>Sebastian Solano - Vice President<br>Eric Fuller - Vice President |
| 16. | 430R Acquisition LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Jacob Smid - President<br>Greg Consiglio - Chief Operating Officer<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Todd Sims - Vice President<br>Jim Murphy - Vice President |
| 17. | SFX-Hudson LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary<br>Jacob Smid – Executive Vice President |
| 18. | SFX-Disco Operating LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - CFO<br>Jacob Smid - Executive Vice President<br>Jason Barr - Secretary<br>Donnie Estopinal - Vice President<br>Michele Servais - Vice President |
| 19. | SFX-IDT N.A. Holding LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - CFO<br>Jacob Smid - Executive Vice President<br>Jason Barr - Secretary |
| 20. | SFX-IDT N.A. Holding II LLC<br>*(100% owned by SFX Managing Member Inc.)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein – CFO<br>Jacob Smid - Executive Vice President<br>Jason Barr – Secretary |
| 21. | SFX Development LLC<br>*(0.1% owned by SFX Managing Member Inc.;<br>99.9% by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel - President<br>Jacob Smid - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr – Secretary |

| 22. | Core Productions LLC<br>*(0.1% owned by SFX Managing Member Inc.;<br>99.9% by SFX Entertainment, Inc.)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Ryan Santomauro - Vice President<br>Rutger Jansen - Vice President |
|---|---|---|---|
| 23. | Spring Awakening, LLC<br>*(100% owned by SFX-React Operating LLC)* | Illinois | Jacob Smid - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Nick Karounos - Vice President<br>Larry Acciari - Vice President<br>Lucas King - Vice President<br>Jeff Callahan - Vice President |
| 24. | Flavorus, Inc.<br>*(100% owned by 430R Acquisition LLC)* | California | Jacob Smid - President<br>Gregory Consiglio - Chief Operating Officer<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Todd Sims - Vice President<br>Jim Murphy - Vice President |
| 25. | SFX-Disco Intermediate Holdco LLC<br>*(100% owned by SFX-Disco Operating LLC)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary |
| 26. | ID&T/SFX North America LLC<br>*(51% owned by SFX-IDT N.A. Holding LLC;<br>49% owned by One of Us International, B.V.)* | Delaware | Ritty van Straalen - CO-CEO<br>Sheldon Finkel – CO-CEO<br>Jacob Smid - President<br>Richard Rosenstein - CFO<br>Jason Barr - Secretary<br>Jeroen Jansen - Vice President<br>Ryan Santomauro - Vice President |
| 27. | SFX Acquisition, LLC<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Sheldon Finkel – President<br>Richard Rosenstein – Chief Financial Officer<br>Jason Barr – Secretary<br>Jacob Smid – Executive Vice President |
| 28. | ID&T/SFX Q-Dance LLC<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Jacob Smid - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Ryan Santomauro - Vice President |
| 29. | ID&T/SFX Sensation LLC<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Jacob Smid - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Ryan Santomauro - Vice President |
| 30. | ID&T/SFX Mysteryland LLC<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Ritty van Straalen  - CO-CEO<br>Sheldon Finkel – CO-CEO<br>Richard Rosenstein - CFO<br>Jacob Smid - Executive Vice President<br>Jason Barr - Secretary<br>Jeroen Jansen - Vice President<br>Ryan Santomauro - Vice President |
| 31. | ID&T/SFX TomorrowWorld LLC<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Jacob Smid - President<br>Ritty van Straalen - CO-CEO<br>Sheldon Finkel - CO-CEO<br>Richard Rosenstein - CFO |

| | | | |
|---|---|---|---|
| | | | Jason Barr - Secretary<br>Jeroen Jansen - Vice President<br>Ryan Santomauro - Vice President |
| 32. | Made Event, LLC<br>*(100% owned by SFX Acquisition, LLC)* | Massachusetts | Ritty van Straalen - President<br>Richard Rosenstein - Chief Financial Officer<br>Robert Damon - Executive Vice President &<br>Treasurer<br>Jacob Smid - Executive Vice President<br>Jason M. Barr - Secretary |
| 33. | EZ Festivals, LLC<br>*(100% owned by SFX Acquisition, LLC)* | New York | Ritty van Straalen - President<br>Richard Rosenstein - Chief Financial Officer<br>Robert Damon - Executive Vice President &<br>Treasurer<br>Jacob Smid - Executive Vice President<br>Jason M. Barr - Secretary |
| 34. | SFX Canada Inc.<br>*(100% owned by ID&T/SFX North America<br>LLC)* | Delaware | Sheldon Finkel - President<br>Jacob Smid - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr- Secretary |
| 35. | SFX Marketing LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Delaware | Michael Fiebach - Chief Executive Officer<br>Greg Consiglio - President<br>Sheldon Finkel - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr – Secretary |
| 36. | SFX-Nightlife Operating LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Delaware | Sheldon Finkel - President<br>Jacob Smid - Executive Vice President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>David Grutman - Vice President<br>Brian Gordon - Vice President |
| 37. | Beatport, LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Colorado | Gregory Consiglio - Chief Executive Officer and<br>President<br>Sheldon Finkel - Executive Vice President<br>Jonathan Seiden - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr - Secretary and Vice President |
| 38. | LETMA Acquisition, LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary |
| 39. | SFX-94 LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - Chief Financial Officer<br>Jason Barr - Secretary<br>Jacob Smid - Executive Vice President<br>Robert Damon - Executive Vice President |
| 40. | SFX Platform & Sponsorship LLC<br>*(100% owned by SFX Intermediate Holdco II<br>LLC)* | Delaware | Sheldon Finkel - President<br>Richard Rosenstein - CFO<br>Jason Barr – Secretary<br>Robert Damon - Executive Vice President |
| 41. | SFX/AB Live Intermediate Holdco LLC<br>*(100% owned by SFX/AB Live Event LLC)* | Delaware | Sheldon Finkel - President<br>Ritty van Straalen - Executive Vice President<br>Richard Rosenstein - CFO<br>Jason Barr - Secretary |
| 42. | SFX/AB Live Event Canada, Inc.<br>*(100% owned by SFX/AB Live Event LLC)* | Delaware | Sheldon Finkel - President<br>Ritty van Straalen - Executive Vice President<br>Jacob Smid - Executive Vice President |

| | | | Richard Rosenstein - Chief Financial Officer<br>Jason Barr – Secretary |
|---|---|---|---|
| 43. | SFXE Netherlands Holdings Coöperatief U.A.<br>*(100% owned by SFXE International Holdings<br>C.V. and SFXE Intermediary Holdings B.V.)* | Netherlands | Mitchell Slater – Director<br>Sheldon Finkel – Director |
| 44. | SFXE Netherlands Holdings B.V.<br>*(100% owned by SFXE Netherlands Holdings<br>Coöperatief U.A.)* | Netherlands | Mitchell Slater – Director<br>Sheldon Finkel – Director |

Annex I

Resolutions

**WHEREAS**, each of the Signatories has considered the liabilities and liquidity of the Party for which it is a Signatory and of SFX (including the relationship between the individual members of the SFX corporate group) and the impact of the foregoing on the business of such Party and the strategic alternatives available to it and to SFX and has had the opportunity to consult with management and the advisors of the Company about such strategic alternatives and the status of discussions with major constituencies.

**WHEREAS**, the Company previously appointed on January 3, 2016, Michael Katzenstein and Christopher T. Nicholls to serve as the Chief Restructuring Officer ("**CRO**") and Assistant Chief Restructuring Officer ("**ACRO**") of the Company, respectively.

**WHEREAS**, the independent members of the Board of Directors of the Company have reviewed the matters set forth herein as a group, including in consultation with their own counsel;

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of each of the Signatories, in their respective capacities, it is desirable and in the best interests of the Party for which it is a Signatory and such entity's constituents that a voluntary petition be filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**RESOLVED, FURTHER**, that, in the judgment of each of the Signatories, in their respective capacities, it is desirable and in the best interests of the Party for which it is a Signatory and such entity's constituents that such Party enter into and become party to the Restructuring Support Agreement (the "**Restructuring Support Agreement**"), dated as of January 31, 2016, by and among (i) (x) SFX Entertainment, Inc. and (y) all other SFX Entities that commence the chapter 11 cases, each on behalf of itself and its respective domestic and foreign subsidiaries, (ii) each of the beneficial owners (or investment managers or advisors for the beneficial owners) of the Second Lien Notes identified on the signature pages thereto and also identified on Schedule 1 thereto, (iii) each of the other beneficial owners (or investment managers or advisors for the beneficial owners) of the Second Lien Notes that becomes a party to the Restructuring Support Agreement after the Execution Date (as defined in the Restructuring Support Agreement) and prior to the date of the filing of the chapter 11 cases in accordance with the terms thereof and (iv) Robert F.X. Sillerman (x) individually and (y) on behalf of any entity, agent or other person owned or controlled, directly or indirectly, in whole or in part, by Robert F.X. Sillerman (other than SFX); and be it

**RESOLVED, FURTHER**, that the CRO and the ACRO and such other persons as may be designated by the CRO or ACRO (collectively, the "**Authorized Persons**"), acting alone or with one or more other Authorized Persons be, and hereby are, authorized and empowered to execute and file, as necessary, on behalf of each of the Parties, the Restructuring Support Agreement, all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the chapter 11 bankruptcy cases and obtain chapter 11 relief for each of the Parties, including but not limited to motions to assume the Restructuring Support Agreement, retain professionals, obtain the use of cash collateral and provide adequate protection therefor, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 cases with a view to the successful prosecution of such cases; and be it

**RESOLVED, FURTHER**, that the Company and each other Party, as debtors and debtors in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby are, authorized to: (a) enter into and incur any obligations under a new debtor in possession financing facility or facilities and any associated documents and consummate the transactions contemplated therein (collectively, the "**Financing Transactions**") with such lenders and on terms generally consistent with the debtor-in-possession financing facility term sheet presented to the Company's Board of Directors as may be approved by and executed by any one or more of the Authorized Persons, as may be reasonably necessary, desirable or appropriate for the continuing conduct of the affairs of SFX; and (b) pay related fees, incur the debt contemplated by the Financing Transactions and grant security interests in and liens upon some, all or substantially all of the assets of the Parties in each case as may be deemed necessary, desirable or appropriate by any one or more of the Authorized Persons in connection with the Financing Transactions; and be it

**RESOLVED, FURTHER**, that the Authorized Persons are hereby authorized, empowered and directed, to retain and employ the law firm of Greenberg Traurig, LLP, as general bankruptcy counsel to represent and assist the Parties in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Parties' rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP; and be it

**RESOLVED, FURTHER**, that the Authorized Persons are hereby authorized, empowered and directed, to retain Kurtzman Carson Consultants LLC, as the claims and noticing agent to assist the Parties in carrying out their duties under the Bankruptcy Code; and be it

**RESOLVED, FURTHER**, that the Authorized Persons be, and hereby are, authorized to employ any other professional necessary to assist the Parties in carrying out their respective duties under the Bankruptcy Code or otherwise, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professional, as necessary, and on such terms as are deemed necessary, desirable, and proper by the Authorized Persons; and be it

**RESOLVED, FURTHER**, that the Authorized Persons are each hereby authorized, empowered, and directed, for and on behalf of each of the Parties to take all actions as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, opening of new deposit accounts as debtors-in-possession under the Bankruptcy Code, soliciting votes on a plan subject to the approval of the Bankruptcy Court, and the taking of such actions shall be conclusive evidence of the necessity or desirability thereof; and be it

**RESOLVED, FURTHER**, that any and all actions previously taken or to be taken by any officer, director or manager of any of the Parties in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all aspects.

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the District of Delaware |
| Case number (If known):  TBD |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mountain B.V. Jeroen H.J. Preller NautaDutilh N.V. P.O.Box 1110 Rotterdam, 3000 BC The Netherlands | Jeroen H.J. Preller Phone: + 31 10 224 0055 Email: jeroen.preller@nautadutilh.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 11,682,500.00 |
| 2 | Lewis Holding B.V. Jeroen H.J. Preller NautaDutilh N.V. P.O.Box 1110 Rotterdam, 3000 BC The Netherlands | Jeroen H.J. Preller Phone: + 31 10 224 0055 Email: jeroen.preller@nautadutilh.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 11,682,500.00 |
| 3 | Paolo Moreno; Gabriel Moreno; Lawrence Vavra John C. Hueston HUESTON HENNIGAN LLP 523 West 6th Street Suite 400 Los Angeles, CA 90014 | John C. Hueston Phone: 213-788-4340 Fax: 888-775-0898 Email: jhueston@hueston.com | Settlement Agreement / Litigation | | | | $ 7,000,000.00 |
| 4 | React Presents, Inc.; Clubtix, Inc.; Lucas King; Jeffrey Callahan Harlan D. Kahn, Esq. Bronson & Kahn LLC 150 North Wacker Drive Suite 1400 Chicago, IL 60606 | Harlan D. Kahn, Esq. Phone: 312-676-3810 Email: hkahn@bronsonkahn.com | Deferred Purchase Price Payment | | | | $ 5,829,000.00 |
| 5 | Mike Bindra Mitchell Lampert, Esq. Robinson & Cole LLP 1055 Washington Blvd Stamford, CT 06901 | Mitchell Lampert, Esq. Phone: 203-462-7559 Fax: 203-462-7599 Email: mlampert@rc.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 5,000,000.00 |
| 6 | Laura DePalma Mitchell Lampert, Esq. Robinson & Cole LLP 1055 Washington Blvd Stamford, CT 06901 | Mitchell Lampert, Esq. Phone: 203-462-7559 Fax: 203-462-7599 Email: mlampert@rc.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 5,000,000.00 |
| 7 | Beggars Canyon Investments Pty Ltd in as trustee of The Skywalker Family Trust David Vodicka, Esq. Media Arts Lawyers Pty Ltd 633 Queensberry St North Melbourne, VIC 3051 Australia | David Vodicka, Esq. Fax: +61-3 9329 6507 Email: david@mediaartslawyers.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 4,320,000.00 |
| 8 | Nightlife Holdings, LLC Mitchell C. Littman, Esq. Littman Krooks LLP 655 Third Avenue 20th Fl New York, NY 10017 | Mitchell C. Littman, Esq. Phone: 212.490.3036 Fax: 212-490-2990 Email: mlittman@littmankrooks.com | Deferred Purchase Price Payment | | | | $ 3,000,000.00 |
| 9 | Winston Farm Limited Partnership Philip H. Gitlen, Esq. Whiteman Osterman & Hanna LLP One Commerce Plaza Albany, NY 12260 | Philip H. Gitlen, Esq. Phone: 518-487-7600 Email: PGitlen@woh.com | Contract, Litigation | Contingent, Disputed, Unliquidated | | | $ 2,750,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 10 | Hoeksema Holdings B.V.<br>Mr. R.T. Hoeksema<br>Daniel Stalperstraat 46 hs<br>Amsterdam, 1075 XH<br>The Netherlands | Mr. R.T. Hoeksema<br>Phone: +31 (6) 21283530<br>Email: theo@hoeksemacapital.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 2,511,465.00 |
| 11 | Deyson Pty Ltd in its Capacity as Trustee of The Deyson Trust<br>David Vodicka, Esq.<br>Media Arts Lawyers Pty Ltd<br>633 Queensberry St<br>North Melbourne, VIC 3051<br>Australia | David Vodicka, Esq.<br>Fax: +61-3 9329 6507<br>Email: david@mediaartslawyers.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 1,800,036.00 |
| 12 | Peter John Raftopoulos in His Capacity as Trustee of the Raff Family Trust<br>David Vodicka, Esq.<br>Media Arts Lawyers Pty Ltd<br>633 Queensberry St<br>North Melbourne, VIC 3051<br>Australia | David Vodicka, Esq.<br>Fax: +61-3 9329 6507<br>Email: david@mediaartslawyers.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 1,800,036.00 |
| 13 | Artists Alliance Australasia Pty Ltd as trustee of The F Cotela Family Trust<br>David Vodicka, Esq.<br>Media Arts Lawyers Pty Ltd<br>633 Queensberry St<br>North Melbourne, VIC 3051<br>Australia | David Vodicka, Esq.<br>Fax: +61-3 9329 6507<br>Email: david@mediaartslawyers.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 1,800,036.00 |
| 14 | Paul Hastings LLP<br>William Sullivan, Esq.<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA 90071-2228 | William Sullivan, Esq.<br>Phone: 213-683-6000<br>Email: williamsullivan@paulhastings.com | Legal Services | | | | $ 1,758,105.01 |
| 15 | Wesselink Holdings B.V.<br>Wesselink Holdings B.V.<br>Daniel Stalperstraat 46 hs<br>Amsterdam, 1075 XH<br>The Netherlands | Wesselink Holdings B.V.<br>Phone: +31 6 112 42 836<br>Email: bwesselink@sfxii.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 1,635,248.00 |
| 16 | BDO<br>Thomas McLoughlin<br>100 Park Avenue,<br>New York, NY 10017 | Thomas McLoughlin<br>Phone: +1 (212) 885-8467<br>Email: TMcLoughlin@bdo.com | Accounting Services | | | | $ 1,156,295.00 |
| 17 | Selmark International Pty Ltd In Its Capacity As Trustee Of The Robot Samba Trust<br>David Vodicka, Esq.<br>Media Arts Lawyers Pty Ltd<br>633 Queensberry St<br>North Melbourne, VIC 3051<br>Australia | David Vodicka, Esq.<br>Fax: +61-3 9329 6507<br>Email: david@mediaartslawyers.com | Deferred Purchase Price Payment | Contingent, Unliquidated | | | $ 1,080,000.00 |
| 18 | VistaJet US, Inc.<br>112 Charles A Lindberg Dr.<br>Teterboro, NJ 07608 | Phone: 800-793-5985<br>Email: contactus@vistajet.com | Trade Creditor | | | | $ 1,013,974.30 |
| 19 | Jan Willem van der Meer<br>Jan Willem van der Meer<br>Daniel Stalperstraat 46 hs<br>Amsterdam, 1075 XH<br>The Netherlands | Jan Willem van der Meer<br>Phone: +31 6 112 42 836<br>Email: janwillem.vandermeer@paylogic.com | Deferred Purchase Price Payment | Unliquidated | | | $ 792,173.00 |
| 20 | ID&T BVBA<br>Leuvenstraat 3<br>Antwerpen, 2000<br>Belgium | Phone: 03/242.44.00<br>Email: info@id-t.be | Trade Creditor | | | | $ 641,440.27 |
| 21 | A2 Live<br>652 Changshou Rd, Building 10<br>Suite 107<br>200060 PRC<br>China | Phone: 8621-6277-5850<br>Email: a.yao@atoato.com | Contract | | | | $ 540,138.64 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Berco Beute Berco Beute Daniel Stalperstraat 46 hs Amsterdam, 1075 XH The Netherlands | Berco Beute Phone: +31624820262 Email: cyberco@gmail.com | Deferred Purchase Price Payment | Unliquidated | | | $ 528,113.00 |
| 23 | Steptoe & Johnson LLP Michael Rennock, Esq. 1114 Avenue of the Americas New York, NY 10036 | Michael Rennock, Esq. Phone: 212 506 3956 Email: mrennock@steptoe.com | Legal Services | | | | $ 480,292.72 |
| 24 | American Express Jodi Hughes P.O. Box 1270 Account #: 3-81007 Newark, NJ 07101-1270 | Jodi Hughes Phone: 201-750-4544 Email: jodi.k.hughes@aexp.com | Credit Card | Unliquidated | | | $ 450,000.00 |
| 25 | Epic Tents 1069 Canton Road Marietta, GA 30066 | Phone: 888-843-8449 Email: info@epictents.com | Trade Creditor | | | | $ 442,648.17 |
| 26 | Joe Rascoff Joseph Rascoff 1904 Via Casa Alta La Jolla, CA 92037 | Joseph Rascoff Phone: 917-921-3329 Email: JRASCOFF@RZO.com | Severance | | | | $ 360,000.00 |
| 27 | NetSuite 2955 Campus Drive Suite 100 San Mateo, CA 94403 | Phone: 800-762-5524 Email: info@netsuite.com | Trade Creditor | | | | $ 347,591.21 |
| 28 | PRS For Music (formerly MCPS) 2 Pancras Square London, N1C 4AG United Kingdom | Phone: +44 (0) 20 75805544 Fax: +44 (0) 20 3741 4455 Email: customerservice@prsformusic.com | Publishing Rights | | | | $ 327,681.50 |
| 29 | Postlight LLC Rich Ziade 902 Broadway 8th Floor New York, NY 10010 | Rich Ziade Phone: 646.279.4519 Email: Rich.Ziade@postlight.com | Trade Creditor | | | | $ 315,000.00 |
| 30 | Facebook, Inc. David M. Serepca McMahon Serepca LLP San Carlos Business park 985 Industrial Road, Suite 201 San Carlos, CA 94070 | David M. Serepca Phone: 650-637-0600 Fax: 650-637-0700 Email: info@mslip.com | Trade Creditor | | | | $ 313,904.42 |
| 31 | GAIA 1502 Coronet Drive Dalton, GA 30720 | Phone: (706) 278-3764 Email: carl.bouckaert@beaulieugroup.com; marsha.neal@beaulieugroup.com, and jcx@latexco.com | Trade Creditor | | | | $ 309,645.48 |
| 32 | Front Gate Ticketing Solutions LLC 1711 S Congress Austin, TX 78704 | Phone: 888-512-7469 Email: info@frontgatetickets.com | Trade Creditor | | | | $ 301,385.91 |
| 33 | Mabey, Inc 6770 Dorsey Road Elkridge, MD 21075 | Phone: (800) 956-2239 Fax: (410) 379-2801 Email: info@mabey.com | Trade Creditor | | | | $ 290,329.73 |
| 34 | Sunbelt Rentals, Inc (TW) 2311 S Blue Island Ave Chicago, IL 60608-4227 | Phone: 516-997-0050 Email: customerservice@sunbeltrentals.com | Trade Creditor | | | | $ 282,358.23 |
| 35 | Nachtlab Isolatorweg 36 1014 Netherlands | Phone: 31641468921 Email: Bianca@nachtlab.com | Trade Creditor | | | | $ 276,648.17 |
| 36 | Prisa Mexico Avda. de los Artesanos 6 28760 Tres Cantos Madrid, Spain | Phone: +34 91 330 10 00 Email: comunicacion@prisa.com | Trade Creditor | | | | $ 273,577.91 |
| 37 | Crowd RX 501 Baily Road Yeadon, PA 19050 | Phone: 866-411-3300 Email: info@crowdrx.org | Trade Creditor | | | | $ 269,603.89 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 38 Galmiche Entertainment<br>429 Waiakamilo Road<br>Suite 209<br>Waipahu, HI 96797 | Phone: 808-780-6900<br>Email: mikegalmiche@gmail.com | Trade Creditor | | | | $    257,573.45 |
| 39 Enterprise Rent a Car<br>2625 Market Place<br>Harrisburg, PA 17110 | Phone: 717-909-5000<br>Email: mpnaradmin@ehi.com | Trade Creditor | | | | $    250,645.68 |
| 40 Paxahau<br>326 Hilton Road<br>Ferndale, MI 48220 | Phone: 313-729-2428<br>Email: jaos@paxahau.com | Trade Creditor | | | | $    222,436.21 |

Fill in this information to identify the case and this filing:

Debtor Name   **SFX Entertainment, Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                                              State)

Case number *(If known):*  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/1/2016
              MM / DD / YYYY

X  /s/ Michael Katzenstein
   Signature of individual signing on behalf of debtor

   Michael Katzenstein
   Printed name

   Chief Restructuring Officer
   Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX Entertainment, Inc., | Case No. 16-_____ (   ) |
| Debtor. | |

### LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(3), SFX Entertainment, Inc. will file a list of Equity Security Holders within fourteen (14) days from the date hereof.

[The remainder of this page is intentionally blank.]

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case and this filing:</b></td></tr>
</table>

| Debtor Name | SFX Entertainment, Inc. |
|---|---|
| United States Bankruptcy Court for the: _____ | District of **Delaware** <br> State) |
| Case number *(if known)*: _____ | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▌ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/1/2016
                MM / DD / YYYY

✗ /s/ Michael Katzenstein _____
Signature of individual signing on behalf of debtor

Michael Katzenstein _____
Printed name

Chief Restructuring Officer _____
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX Entertainment, Inc., | Case No. 16-_____ (   ) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

1.  SFX Entertainment, Inc.'s common stock is publicly held.

2.  Sillerman Investment Company III LLC directly or indirectly owns 10% or greater of SFX Entertainment, Inc.'s issued and outstanding common stock and owns 100% of SFX Entertainment, Inc.'s issued and outstanding Series A Preferred Stock.

3.  Allianz Global Investors U.S. LLC directly or indirectly owns 100% of SFX Entertainment, Inc.'s issued and outstanding Series B Convertible Preferred Stock.

**Fill in this information to identify the case and this filing:**

Debtor Name  SFX Entertainment, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                          State)

Case number *(If known):*  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration      Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/1/2016
            MM / DD / YYYY

✗ /s/ Michael Katzenstein
Signature of individual signing on behalf of debtor

Michael Katzenstein
Printed name

Chief Restructuring Officer
Position or relationship to debtor


American LegalNet, Inc.
www.FormsWorkFlow.com