**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Catalyst Fund Limited Partnership V and Catalyst Media Coöperatief U.A. (collectively, "Catalyst") hereby appear in the above-captioned cases through its counsel Brown Rudnick LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Edward S. Weisfelner<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email: eweisfelner@brownrudnick.com | **BROWN RUDNICK LLP**<br>Jeffrey L. Jonas<br>Andrew P. Strehle<br>Brian T. Rice<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email: jjonas@brownrudnick.com<br>astrehle@brownrudnick.com<br>brice@brownrudnick.com |
| **ASHBY & GEDDES, P.A.**<br>William P. Bowden, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: wbowden@ashby-geddes.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Catalyst intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Catalyst is or may be entitled under agreements in law or in equity.

[Signature Page to Follow]

Dated: February 1, 2016

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (#2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashby-geddes.com

-and-

**BROWN RUDNICK LLP**
Edward S. Weisfelner
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: eweisfelner@brownrudnick.com

Jeffrey L. Jonas
Andrew P. Strehle
Brian T. Rice
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: jjonas@brownrudnick.com
astrehle@brownrudnick.com
brice@brownrudnick.com

*Counsel for Catalyst Fund Limited Partnership V and Catalyst Media Coöperatief U.A.*