**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | ) | Case No.: 16-10238 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF COMMITTEE CO-CHAIRS IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014, AND LOCAL BANKRUPTCY RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 12, 2016**

DANIEL G. NOLAN, III and STEPHANIE MORRIS, AS COMMITTEE CO-CHAIRS,

declare under penalty of perjury as follows:

1.      I, Daniel G. Nolan, III, am Chief Executive Officer and Managing Partner

of Epic Tents, LLC. ("Epic Tents").  Epic Tents is a member of the Official Committee of

Unsecured Creditors (the "Committee") appointed in the bankruptcy cases (the "Cases") of the

above-captioned debtors (collectively the "Debtors").  I have been selected as a Co-Chair of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings

Committee and am authorized to submit this declaration (the "Declaration") in support of the

*Application of Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 12, 2016* (the "Application").[2]

2.      I, Stephanie Morris, am General Counsel, for AM Only, LLC ("AM"). AM is a member of the Committee.  I have been selected as a Co-Chair of the Committee and am authorized to submit this Declaration in support of the Application.

### The Committee's Selection of PSZ&J as Counsel

3.      Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") is proposed to serve as counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

4.      On February 12, 2016, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code.  The members appointed to the Committee are: (i) Mike Bindra, (ii) Artists Alliance Australasia Pty. Ltd., (iii) Vistajet US, Inc., (iv) AM Only, LLC, (v) ID&T BVBA, (vi) Epic Tents, LLC, and (vi) Event Flooring Solutions, LLC.  The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 99] was filed on February 12, 2016.

---

Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

4.      On February 12, 2016, the Committee held its initial meeting and, among other things, voted to retain the Firm as its counsel, subject to Court approval.  In addition to PSZJ, the Committee interviewed several other law firms.  The Committee believes that PSZJ's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Committee in these Cases in an efficient and timely manner.  Thus, the Committee decided to continue to retain PSZ&J as the Committee's counsel during these chapter 11 cases.

## Rate Structure

5.      In our capacities as Committee Co-Chairs, we are responsible, along with the other committee members, for supervising counsel.  PSZJ has informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services.  PSZJ has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.  The Firm does not maintain separate departments devoted to other legal practices different from the bankruptcy and insolvency areas. The Firm therefore does not have different billing rates and terms for non-bankruptcy engagements that can be compared to the billing rates and terms for the Committee's engagement of PSZJ.

## Cost Supervision

6.      The Committee will approve any prospective budget and staffing plan that may be filed by PSZJ prior to it being filed, recognizing that, in the course of a large chapter 11 case like these Cases, it is possible that there may be a number of unforeseen fees and expenses

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

that will need to be addressed by the Committee and PSZJ.  The members of the Committee further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases.  The Committee will continue to review the invoices that PSZJ regularly submits, and, together with PSZJ, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 15, 2016

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SFX ENTERTAINMENT, INC., *ET AL.***

Epic Tents, LLC
By:  Daniel G. Nolan, III

Solely in Epic Tents, LLC's capacity as Co-Chair of the Official Committee of Unsecured Creditors of SFX Entertainment, Inc., *et al.*

and

AM Only, LLC
By:  Stephanie Morris

Solely in AM Only, LLC's capacity as Co-Chair of the Official Committee of Unsecured Creditors of SFX Entertainment, Inc., *et al.*