IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 21, 2016 AT 2:00 P.M.[2]
Location: Before the Honorable Mary F. Walrath, 5th Floor, Courtroom No. 4**

**UNCONTESTED MATTERS UNDER CNO/COC:**

1.  Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing the Employment and Retention of Bayard, P.A. as Litigation and Conflicts Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date and Statement Required by Bankruptcy Code Section 329 [Docket No. 132, Filed February 28, 2016]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received: None.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 219, Filed March 15, 2016]

    Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

2. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Assume Employment Agreement, as Amended, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 161, Filed March 2, 2016]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 220, Filed March 15, 2016]

    Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

3. Debtors' Motion to Approve Compromise under Rule 9019 for Entry of an Order Approving the Paylogic Settlement Agreement [Sealed version Docket No. 170; Redacted version Docket No. 171, Filed March 2, 2016]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 221, Filed March 15, 2016]

    Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

4. Motion for Order Authorizing the Debtors to File Portions of the Motion of the Debtors for Entry of an Order Approving the Paylogic Settlement Agreement under Seal [Docket No. 172, Filed March 2, 2106]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

A. Debtors' Motion to Approve Compromise under Rule 9019 for Entry of an Order Approving the Paylogic Settlement Agreement [Sealed version Docket No. 170; Redacted version Docket No. 171, Filed March 2, 2016]

B. Certificate of No Objection [Docket No. 222, Filed March 15, 2016]

Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

5. Motion of the Debtors for Entry of an Order (A) Approving Bid Procedures Relating to the Sale of All or Substantially All of the Assets of Fame House Business, (B) Approving Notice Procedures, and (C) Granting Related Relief [Docket No. 136, Filed February 29, 2016]

Response Deadline: March 14, 2016 at 4:00 p.m.

Response(s) Received: Informal comments from the U.S. Trustee, the DIP Lenders and the Committee

Related Documents:

A. Certification of Counsel [Docket No. 232, Filed March 16, 2016]

Status: A revised form of order was submitted under certification of counsel that reflects the comments received by the U.S. Trustee, the DIP Lenders and the Committee. Counsel respectfully requests entry of the proposed form of order at the Court's convenience.

**UNCONTESTED MATTERS GOING FORWARD:**

6. Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker for the Debtors and Debtors-in-Possession, *Nunc Pro Tunc* to the Petition Date and Waiving Certain Requirements of Local Rule 2016-2 [Docket No. 133, Filed February 29, 2016]

Response Deadline: March 14, 2016 at 4:00 p.m.

Response(s) Received: Informal comments from the U.S. Trustee, the DIP Lenders and the Committee

Related Documents: None.

Status: The Debtors intend on submitting a revised form of order in advance of or at the hearing. This matter will be going forward.

7. Motion of the Debtors for Entry of an Order (A) Approving Bid Procedures Relating to the Sale of All or Substantially All of the Assets of Beatport, LLC, (B) Approving Notice Procedures, and (C) Granting Related Relief [Docket No. 135, Filed February 29, 2016]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received: Informal comments from the U.S. Trustee, the DIP Lenders and the Committee

    Related Documents: None.

    Status: The Debtors intend on submitting a revised form of order in advance of or at the hearing. This matter will be going forward.

8. Debtors' Motion for an Order Directing the United States Trustee to Appoint a Consumer Privacy Ombudsman [Docket No. 206, Filed March 10, 2016]

    Response Deadline: March 18, 2016 at 12:00 p.m.

    Response(s) Received: None at this time.

    Related Documents:

    A. Order Shortening Notice of Motion for an Order Directing the United States Trustee to Appoint a Consumer Privacy Ombudsman [Docket No. 215, Filed March 11, 2016]

    Status: This matter will be going forward.

**CONTESTED MATTER GOING FORWARD:**

9. Motion of the Debtors for an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Docket No. 173, Filed March 2, 2016]

    Response Deadline: March 14, 2016 at 4:00 p.m.

    Response(s) Received:

    A. United States Trustee's Objection to Debtors' Motion for Order Approving the Implementation of (I) A Key Employee Incentive Plan and (II) A Key Employee Retention Plan Each In Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Docket No. 218, Filed March 15, 2016]

    B. Informal response from the Committee

Related Documents:

  A. Reply of the Debtors to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Sealed version Docket No. 234, Redacted Version 235, Filed March 17, 2016]

Status: The informal response of the Committee has been resolved. This matter will be going forward.

**ADDITIONAL MATTER REQUESTED TO BE HEARD ON SHORTENED NOTICE:**

10. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File under Seal Portions of Exhibit A to the Reply of the Debtors to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Docket No. 236, Filed March 17, 2016]

Response Deadline: At the hearing. [Requested]

Response(s) Received: None at this time.

Related Documents:

  A. Reply of the Debtors to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Sealed version Docket No. 234, Redacted Version 235, Filed March 17, 2016]

  B. Motion of the Debtors for Entry of an Order Shortening Notice of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to File under Seal Portions of Exhibit A to the Reply of the Debtors to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Docket No. 237, Filed March 17, 2016]

Status: The Debtors have requested that this Motion be heard on shortened notice.

Dated: March 17, 2016   GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. DiConza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
         diconzam@gtlaw.com
         haynesn@gtlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

cc: via Facsimile or Overnight Mail:
Hannah M. McCollum, Esq. (Office of the U.S. Trustee)
Ellen Slights, Esq. (Attorney General's Office)
Internal Revenue Service
Securities & Exchange Commission
Proposed Counsel to the Official Committee of Unsecured Creditors
2002 Notice Parties