**Exhibit A**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

Chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") concerning the debtors listed below (collectively, the "**Debtors**") were filed on February 1, 2016 (the "**Petition Date**"). You may be a creditor of one of the Debtors. On April ___, 2016 the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**Bar Date Order**") in the Chapter 11 Cases in accordance with Bankruptcy Rule 3003(c) fixing:

(a) **May 6, 2016 at 5:00 p.m.** (Prevailing Eastern Time), as the last date (the "**General Bar Date**") for filing proofs of claim against the Debtors on account of claims arising, or deemed to have arisen, prior to the Petition Date of February 1, 2016, including, for the avoidance of doubt, claims arising under section 503(b)(9) of title 11 of the United States Code (the "**Bankruptcy Code**"); and

(b) **August 1, 2016 at 5:00 p.m.** (Prevailing Eastern Time) (the "**Governmental Unit Bar Date**"), as the last day for all governmental units, as defined in

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

section 101(27) of the Bankruptcy Code, for filing proofs of claim in these Chapter 11 Cases for all claims arising before the Petition Date.[2]

All "claims," as defined in section 101(5) of the Bankruptcy Code, whenever arising, including in each case any claims against the Debtors' estates based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "**Claim**"), except as otherwise provided for or specifically excepted herein, shall be filed with the Debtors' claims agent, Kurtzman Carson Consultants LLC (the "**Claims Agent**") pursuant to the procedures provided herein **so as to actually be received** on or before the General Bar Date, the Governmental Unit Bar Date, or the Rejection Bar Date (as defined below), as applicable, depending upon the nature of the Claim, at the following if delivered by first class mail, hand delivery, or overnight courier:

> SFX Claims Processing Center
> c/o KCC
> 2335 Alaska Avenue
> El Segundo, California 90245

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted.

The following persons and entities are **not** required to file a proof of Claim on or before the applicable Bar Dates:

    a.    pursuant to paragraph 28 of the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 203] (the "**DIP Order**"):

        (i)    the DIP Agent and the DIP Lenders (each as defined in the DIP Order) for Claims arising out of, related to, or in connection with the DIP Loan Documents or the DIP Obligations (each as defined in the DIP Order);

        (ii)    the First Lien Agent, the First Lien Lenders (each as defined in the DIP Order) for Claims arising out of, related to, or in connection with the First Lien Loan Documents or the First Lien Obligations (each as defined in the DIP Order);

        (iii)    the Foreign Loan Agent, the Foreign Loan Lenders (each as defined in the DIP Order) for Claims arising out of, related to, or in

---

[2] The General Bar Date and the Governmental Unit Bar Date shall hereinafter be collectively defined as the "**Bar Dates**."

          connection with the Foreign Loan Documents or the Foreign Loan Obligations (each as defined in the DIP Order); and

    (iv)    the Second Lien Agent and the Second Lien Noteholders (each as defined in the DIP Order) for Claims arising out of, related to, or in connection with the Second Lien Note Documents or the Second Lien Obligations (each as defined in the DIP Order);

b.    any person or entity who has already duly filed a proof of Claim in these Chapter 11 Cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801;

c.    any person or entity whose Claim is listed on the Schedules, *provided*, that (i) the Claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the Claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the Claim is an obligation of the specific Debtor against which the Claim is listed in the Schedules;

d.    any person or entity that holds an equity security interest in the Debtors, which interest exclusively is based upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided*, that if any such holder asserts a Claim (as opposed to an ownership interest) against the Debtors (including a Claim relating to an equity interest or the purchase or sale of such equity interest), a proof of Claim must be filed on or before the applicable Bar Date; *provided, further*, that the Debtors have reserved all rights with respect to any such Claim including, *inter alia*, to assert that such Claim is subject to subordination pursuant to section 510(b) of the Bankruptcy Code;

e.    any holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than a Claim under section 503(b)(9) of the Bankruptcy Code);

f.    any holder of a Claim by a Debtor against another Debtor;

g.    any holder of a Claim solely against any of the Debtors' non-Debtor affiliates;

h.    any holder of a Claim for which a separate deadline is (or has been) fixed by this Court; and

i.    any holder of a Claim that has been allowed by an order of this Court entered on or before the applicable Bar Date.

    Should the Bankruptcy Court, in the future, fix a date by which the Claims and interests described in A. through I. above must be filed, you will be notified. If such bar date is

established, holders of such Claims and interests will be notified of the bar date for filing proofs of Claim and proofs of interest at the appropriate time.

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any distributions from the Debtors' estates if you have a Claim that arose prior to February 1, 2016 and it is not one of the types of Claims described in A. through I. above.

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN A. THROUGH I. ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, FROM VOTING ON ANY PLAN OF REORGANIZATION OR LIQUIDATION FILED IN THESE CHAPTER 11 CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**

Each proof of Claim, to be properly filed pursuant to this Notice shall: (i) be signed, (ii) be written in the English language, (iii) be denominated in currency of the United States, (iv) conform substantially with the Proof of Claim Form provided with this Notice or Official Bankruptcy Form B 410, (v) be submitted with copies of supporting documents (or a summary if voluminous) or an explanation of why such document is not available, and (vi) specify the Debtor, by name and case number, against which the proof of Claim is filed.

The Proof of Claim Form can be obtained on the website established and maintained by the Claims Agent at www.kccllc.net/sfx.  The Official Bankruptcy Form B 410 can be found at http://www.uscourts.gov/forms/bankruptcy-forms.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS AS FOLLOWS:

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| SFX Entertainment, Inc.<br>    [f/k/a SFX Holding Corporation; SFX-320 Lincoln Operating LLC; SFX-Opium Group Operating LLC; SFX-Cameo Operating LLC; SFX-Mokai Operating LLC; SFX-Star Island Operating LLC; SFX-Huka Operating LLC; SFX-VMX Holding LLC; SFX-VMX Operating LLC; SFX Intermediate Holdco I LLC] | 16-10238 |
| 430R Acquisition LLC [f/k/a Flavorus, Inc.] | 16-10239 |
| Beatport, LLC [f/k/a Beatport Japan LLC; f/k/a 430 Acquisition LLC] | 16-10240 |
| Core Productions LLC [f/k/a SFX Core LLC] | 16-10241 |
| EZ Festivals LLC | 16-10242 |
| Flavorus, Inc.[f/k/a Groovetickets, Inc.] | 16-10243 |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| ID&T/SFX Mysteryland LLC | 16-10244 |
| ID&T/SFX North America LLC [f/k/a ID&T North America, LLC; f/k/a SFX Acquisition LLC] | 16-10245 |
| ID&T/SFX Q-Dance LLC | 16-10246 |
| ID&T/SFX Sensation LLC [f/k/a Sensation LLC; f/k/a Sensation] | 16-10247 |
| ID&T/SFX TomorrowWorld LLC | 16-10248 |
| LETMA Acquisition, LLC [f/k/a The Meta Agency] | 16-10249 |
| Made Event, LLC | 16-10250 |
| Michigan JJ Holdings LLC [f/k/a Michigan JJ LLC] | 16-10251 |
| SFX Acquisition LLC | 16-10252 |
| SFX Brazil LLC | 16-10253 |
| SFX Canada Inc. | 16-10254 |
| SFX Development LLC | 16-10255 |
| SFX EDM Holdings Corporation [f/k/a SFX Entertainment Inc.; f/k/a SFX International, Inc.] | 16-10256 |
| SFX Entertainment International II, Inc. | 16-10257 |
| SFX Entertainment International, Inc. | 16-10258 |
| SFX Intermediate Holdco II LLC [f/k/a PITA I LLC; f/k/a ID&T USA LLC] | 16-10259 |
| SFX Managing Member Inc. | 16-10260 |
| SFX Marketing LLC [f/k/a Famehouse; f/k/a Fame House; f/k/a SFX Experience LLC; f/k/a SFX Nightlife Television LLC; f/k/a PITA III LLC] | 16-10261 |
| SFX Platform & Sponsorship LLC | 16-10262 |
| SFX Technology Services, Inc. | 16-10263 |
| SFX/AB Live Event Canada, Inc. | 16-10264 |
| SFX/AB Live Event Intermediate Holdco LLC | 16-10265 |
| SFX/AB Live Event LLC | 16-10266 |
| SFX-94 LLC | 16-10267 |
| SFX-Disco Intermediate Holdco LLC | 16-10268 |
| SFX-Disco Operating LLC | 16-10269 |
| SFXE IP LLC [f/k/a Stereosonic US IP LLC; f/k/a SFX EX IP LLC; f/k/a SFX Made IP LLC; f/k/a SFX IP LLC] | 16-10270 |
| SFX-EMC, Inc. | 16-10271 |
| SFX-Hudson LLC | 16-10272 |
| SFX-IDT N.A. Holding II LLC | 16-10273 |
| SFX-LIC Operating LLC [f/k/a Advanced Concert Productions; f/k/a Life in Color] | 16-10274 |
| SFX-IDT N.A. Holding LLC | 16-10275 |
| SFX-Nightlife Operating LLC | 16-10276 |
| SFX-Perryscope LLC [f/k/a Perryscope Productions] | 16-10277 |
| SFX-React Operating LLC | 16-10278 |
| Spring Awakening, LLC | 16-10279 |
| SFXE Netherlands Holdings Coöperatief U.A. | 16-10280 |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| SFXE Netherlands Holdings B.V. | 16-10281 |

The Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE, 19801, or at the Claims Agent website, www.kccllc.net/sfx.  If it is unclear from the Schedules whether your Claim is disputed, contingent, or unliquidated as to amount or is otherwise properly listed and classified, you must file a proof of Claim on or before the applicable Bar Date.  Any creditor that relies on the Schedules bears responsibility for determining that its Claim is accurately listed therein.

Holders of Claims against the Debtors arising from the rejection by the Debtors of an executory contract or unexpired lease must file a proof of claim on or before the later of:  (a) the General Bar Date; (b) thirty (30) days after the entry of an order by the Court authorizing such rejection; or (c) such other date, if any, as the Court may fix in the order authorizing such rejection (the "**Rejection Bar Date**").

In the event that the Debtors amend or supplement their Schedules after this Notice is served, the Debtors shall give notice of any amendment or supplement to the holders of Claims affected thereby, and such holders shall have until the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date of such notice to file a proof of claim or be barred from so doing and shall be given notice of such deadline.

If you require additional information regarding this Notice, you may contact the Claims Agent at (888) 201-2205 or, if calling from outside the United States or Canada, at (310) 751-1839, or by email at SFXinfo@kccllc.com.  The fact that you received this Notice does not mean that you have a Claim, or that the Debtors or the Bankruptcy Court concedes that you have a Claim.

**A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a proof of Claim.**

Dated: _____ ___, 2016                    GREENBERG TRAURIG, LLP

                                               */s/*_____
                                               Dennis A. Meloro (DE Bar No. 4435)
                                               The Nemours Building
                                               1007 North Orange Street, Suite 1200
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 661-7000
                                               Facsimile:  (302) 661-7360
                                               Email: melorod@gtlaw.com

                                               -and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. DiConza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
   diconzam@gtlaw.com
   haynesn@gtlaw.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

# EXHIBIT B

Indicate Debtor against which you assert a claim by checking the appropriate box below. (**Check only one Debtor per claim form**.)

- ☐ SFX Entertainment, Inc. (Case No. 16-10238)
- ☐ 430R Acquisition LLC (Case No. 16-10239)
- ☐ Beatport, LLC (Case No. 16-10240)
- ☐ Core Productions LLC (Case No. 16-10241)
- ☐ EZ Festivals LLC (Case No. 16-10242)
- ☐ Flavorus, Inc. (Case No. 16-10243)
- ☐ ID&T/SFX Mysteryland LLC (Case No. 16-10244)
- ☐ ID&T/SFX North America LLC (Case No. 16-10245)
- ☐ ID&T/SFX Q-Dance LLC (Case No. 16-10246)
- ☐ ID&T/SFX Sensation LLC (Case No. 16-10247)
- ☐ ID&T/SFX TomorrowWorld LLC (Case No. 16-10248)
- ☐ LETMA Acquisition, LLC (Case No. 16-10249)
- ☐ Made Event, LLC (Case No. 16-10250)
- ☐ Michigan JJ Holdings LLC (Case No. 16-10251)
- ☐ SFX Acquisitions LLC (Case No. 16-10252)
- ☐ SFX Brazil LLC (Case No. 16-10253)
- ☐ SFX Canada Inc. (Case No. 16-10254)
- ☐ SFX Development LLC (Case No. 16-10255)
- ☐ SFX EDM Holdings Corporation (Case No. 16-10256)
- ☐ SFX Entertainment International II, Inc. (Case No. 16-10257)
- ☐ SFX Entertainment International, Inc. (Case No. 16-10258)
- ☐ SFX Intermediate Holdco II LLC (Case No. 16-10259)
- ☐ SFX Managing Member Inc. (Case No. 16-10260)
- ☐ SFX Marketing LLC (Case No. 16-10261)
- ☐ SFX Platform & Sponsorship LLC (Case No. 16-10262)
- ☐ SFX Technology Services, Inc. (Case No. 16-10263)
- ☐ SFX/AB Live Event Canada, Inc. (Case No. 16-10264)
- ☐ SFX/AB Live Intermediate Holdco LLC (Case No. 16-10265)
- ☐ SFX/AB Live Event LLC (Case No. 16-10266)
- ☐ SFX-94 LLC (Case No. 16-10267)
- ☐ SFX-Disco Intermediate Holdco LLC (Case No. 16-10268)
- ☐ SFX-Disco Operating LLC (Case No. 16-10269)
- ☐ SFXE IP LLC (Case No. 16-10270)
- ☐ SFX-EMC, Inc. (Case No. 16-10271)
- ☐ SFX-Hudson LLC (Case No. 16-10272)
- ☐ SFX-IDT N.A. Holding II LLC (Case No. 16-10273)
- ☐ SFX-LIC Operating LLC (Case No. 16-10274)
- ☐ SFX-IDT N.A. Holding LLC (Case No. 16-10275)
- ☐ SFX-Nightlife Operating LLC (Case No. 16-10276)
- ☐ SFX-Perryscope LLC (Case No. 16-10277)
- ☐ SFX-React Operating LLC (Case No. 16-10278)
- ☐ Spring Awakening, LLC (Case No. 16-10279)
- ☐ SFXE Netherlands Holdings Coöperatief U.A. (Case No. 16-10280)
- ☐ SFXE Netherlands Holdings B.V. (Case No. 16-10281)

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Other than a claim under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for an administrative expense arising after the commencement of the case.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_____
Name

_____
Number      Street

_____
City                        State          ZIP Code

_____
Country

Contact phone   _____

Contact email   _____

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number      Street

_____
City                        State          ZIP Code

_____
Country

Contact phone   _____

Contact email   _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.   Claim number on court claims registry (if known) _____      Filed on  __ __ / __ __ / __ __ __ __
                                                                             MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                              **Proof of Claim**                                              page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | **How much is the claim?** | $ _____. **Does this amount include interest or other charges?** <br> ☐ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
| 9. | **Is all or part of the claim secured?** | ☐ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate: If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $_____ <br> **Amount of the claim that is secured:** $_____ <br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amount should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____ % <br> ☐ Fixed <br> ☐ Variable |
| 10. | **Is this claim based on a lease?** | ☐ No <br> ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☐ No <br> ☐ Yes. Identify the property: _____ |

Official Form 410            **Proof of Claim**           page 2

Case 16-10238-MFW    Doc 242-2    Filed 03/17/16    Page 11 of 13

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.<br><br>$_____ | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                 MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
      First name    Middle name    Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number    Street
         _____
         City    State    ZIP Code    Country

Contact phone  _____    Email  _____

Official Form 410                                **Proof of Claim**                                page 3

Official Form 410
# Instructions for Proof of Claim
United States Bankruptcy Court                                                                                                            12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**
SFX Claims Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivery health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may view a list of filed claims in this case by visiting the Claims and Noticing and Agent's website at http://www.kccllc.net/SFX

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing that bankruptcy estate.
11 U.S.C. § 503

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity to who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. §101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form.**

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.