IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_\_** |

**ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW FOR
ADVANCEMENT/PAYMENT UNDER D&O INSURANCE POLICIES**

Upon the motion (the "**Motion**")[2] of the Debtors pursuant to Bankruptcy Code section 362, Bankruptcy Rule 4001, and Local Rule 4001-1 for entry of an order modifying the automatic stay to allow Robert F.X. Sillerman, D. Geoffrey Armstrong, John Miller, John Meyer, Mitchell Slater, Andrew N. Bazos, Joseph R. Rascoff, Edward Simon, and Pasquale Manocchia to enforce their rights and/or receive proceeds payable under: (i) the Executive Edge Broad Form Management Liability Insurance Policy, Policy Number 01-640-23-83, later replaced by Policy Number 01-637-29-30, issued by Illinois National Insurance Company, and (ii) the Excess Directors & Officers Liability Insurance Following Form Policy issued by Allied World Assurance Company (U.S.) Inc.; and the Court having determined that the relief requested in the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DEL 408255619v5

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Insurers are hereby authorized to make payments on behalf of the Directors and Officers in accordance with the terms and conditions of the Insurance Policies.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April ___, 2016

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE