**Exhibit C**

**Proposed Assumed Contracts and Cure Amounts**

| Category | Counterparty | Description of Contract | Date | Cure Amount (as of 3/16/16) |
|---|---|---|---|---|
| Commercial Agreement | MasterChannel, LLC | Customer Transition Agreement | 12/21/2015 | $0 |
| Commercial Agreement | Speakr, Inc. | Partnership / Subcontractor Agreement | 3/25/2015 | $0 |
| Consultant/ Independent Contractor | Aymen Ramlaoui d/b/a Plum Networks | Website and content design & development | | $0 |
| Consultant/ Independent Contractor | Jon Keller | Website and content design & development | | $0 |
| Consultant/ Independent Contractor | John Lusky | Website and content design & development | 11/9/2015 | $0 |
| Consultant/ Independent Contractor | Pollack Music Group, Inc. (Jeff Pollack) | Business Development | 2/18/2016 | $0 |
| Consultant/ Independent Contractor | Jason Judy | IT support and maintenance | | $0 |
| Consultant/ Independent Contractor | Jordan Smith | Website and content design & development | | $0 |
| Lease | 123-29 Chestnut Street Associates | Office Lease- Philadelphia | 6/28/2014 | $0 |
| Lease | Mobile iPhone Guy | Office Sublease - LA | 11/1/2015 | $0 |
| Vendor | Mobile Roadie Inc. | Mobile App License / White Label Agreement | 11/8/2012 | $0 |
| Vendor | Artist Endeavor, LLC | Warehouse & Fulfillment Services | 2/23/2014 | $0 |
| Vendor | Corporation Service Company | Corporate Services - Registered Agent | | $230.46 |
| Vendor | Domain Technology Group, Inc. (DTG) | IT Consulting Services Agreement | 1/14/2016 | $2,500 |
| Vendor | ExactTarget, Inc | ExactTarget Platform Subscription | 1/1/2016 | $67,510.47 |

| | | | | |
|---|---|---|---|---|
| Vendor | Facebook | Marketing & Advertising - Standard T&C | | $267,782.67 |
| Vendor | Google, Inc | Google AdWords Master Service Agreement | | $5,767.42 |
| Vendor | Idea Evolver, LLC | Search Experience Optimization Agreement | 8/15/2015 | $0 |
| Vendor | Media Temple, Inc. | IT Support Agreement | 2/19/2012 | $0 |
| Vendor | MusicToday, LLC | Warehouse & Fulfillment Agreement | 6/3/2014 | $0 |
| Vendor | Shopify | Platform / White Label License | 10/17/2014 | $0 |
| Vendor | Tee Spring, Inc. | Apparel Production & Fulfillment | 2/16/2016 | $0 |
| Vendor | TriNet HR Corporation | Payroll and Benefits Services Requisition Form | 1/1/2014 | $0 |
| Vendor | Twitter | Marketing & Advertising Services-- Standard T&C | | $20,287.87 |
| Vendor | Comcast | Internet Service Provider | | $0 |
| Vendor | Zendesk Inc. | Customer Tracking Software | | $0 |
| Vendor | Zoho Corporation | Software | | $0 |
| Vendor | UPS | Shipping | | $0 |
| Vendor | ULINE | Shipping Supplies | | $0 |
| Vendor | Google Services | Google for Business Tools | | $0 |
| Vendor | Fanbridge, Inc. | Email Marketing | | $0 |
| Vendor | BeanstalkApp.com | Web development | | $0 |
| Vendor | Adobe Websales | Adobe Software | | $0 |
| Vendor | ADT Security Services | Office security | | $0 |
| Vendor | Amware Fulfillment, LLC | Warehousing & Fulfillment Agreement | 1/22/2016 | $0 |
| Vendor | Backstreet International Merchandise Ltd. | European Warehouse & Fulfillment Agreement | 2/12/2016 | $0 |
| Vendor | American Process Lettering, Inc. | Apparel Production | | $0 |
| Vendor | Wavo | Paid Media Services | | $1,500 |

| | | | | |
|---|---|---|---|---|
| All Client Contracts | Various | | | $0 |
| All Employee Contracts | Various | | | $0 |

*Inclusion of a contract or lease shall not constitute or be deemed a determination or an admission by the Debtors that such document is, in fact, an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code (all rights with respect thereto being expressly reserved).