# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SFX ENTERTAINMENT, INC. | | |
| **Case Number:** | 16-10238-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 21, 2016 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### Matter:

Omnibus

**R / M #:**   238 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Item 1 - Order entered
- Items 2 through 4 - Orders entered under CNOs
- Item 5 - Order entered under Certification of Counsel
- Item 6 - Order entered
- Item 7 - Order due under Certification of Counsel
- Item 8 - Order entered
- Item 9 - Order due under Certification of Counsel
- Item 10 - Order entered