IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS
FOR AN ORDER APPROVING THE IMPLEMENTATION OF (I) A KEY EMPLOYEE
INCENTIVE PLAN AND (II) A KEY EMPLOYEE RETENTION PLAN EACH
IN CONNECTION WITH THE SALE OF CERTAIN OF THE DEBTORS'
NON-CORE BUSINESS UNITS [DOCKET NO. 173]**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") in the above-captioned cases (the "**Cases**"), hereby certifies that:

1. On March 2, 2016, the Debtors filed the *Motion of the Debtors for an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units* [Docket No. 173] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. The deadline to file responses to the Motion was March 14, 2016. The Office of the United States Trustee (the "**UST**") filed an *Objection to Debtors' Motion for Order Approving the Implementation of (I) A Key Employee Incentive Plan and (II) A Key Employee*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

1

*Retention Plan Each In Connection with the Sale of Certain of the Debtors' Non-Core Business Units* [Docket No. 218] (the "**Objection**") to the Motion on March 15, 2016.  On March 17, 2016, the Official Committee of Unsecured Creditors (the "**Committee**") filed a *Statement of Regarding Debtors' Motion for Entry of an Order Approving the Implementation of (I) A Key Employee Incentive Plan and (II) A Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units* [Docket No. 240] which indicated that the Committee does not oppose the Motion.

3. On March 17, 2016, the Debtors filed a *Reply to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units* [Sealed version Docket No. 234, Redacted Version 235] (the "**Reply**").  In addition, on March 18, 2016, the Debtors filed a *Supplement to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units* [Docket No. 258] which together with the Reply resolves the issues of the UST with respect to the Motion.

4. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion which reflects comments from the Committee and has been consented to by the UST, the Committee and the DIP Lenders.  A blackline comparing the form of order originally filed with the Motion against the revised proposed form of order is attached hereto as **Exhibit B**.

5. The Debtors respectfully request entry of the proposed form of order attached hereto as **Exhibit A** at its earliest the Court's earliest convenience.  Counsel is available at the convenience of the Court.

| | |
|---|---|
| Dated: March 22, 2016 | GREENBERG TRAURIG, LLP |

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. DiConza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
 diconzam@gtlaw.com
 haynesn@gtlaw.com

*Counsel for the Debtors and Debtors-in-Possession*