IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                    § SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Debtors and Debtors-in-Possession, in the above-captioned action, and that on the 18th day of March 2016, she caused copies of the following to be served upon the parties on the attached Service List via Hand Delivery upon Local Counsel and via Electronic Mail on Out of Town Counsel.

- [SEALED] Reply of the Debtors to the Objection of the United States Trustee to Motion of the Debtors for Entry of an Order Approving the Implementation of (I) a Key Employee Incentive Plan and (II) a Key Employee Retention Plan Each in Connection with the Sale of Certain of the Debtors' Non-Core Business Units [Docket No. 234]

Dated: March 18, 2016

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

[Notary Seal: CYNTHIA L. STILES, COMMISSION EXPIRES April 28, 2018]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

Stroock & Stroock & Lavan LLP
Kristopher M. Hansen, Esq.
Jonathan D. Canfield, Esq.
Joshua M. Siegel, Esq.
180 Maiden Lane
New York, NY 10038
(Counsel for the DIP Lenders and DIP Agent)

Young Conaway Stargatt & Taylor, LLP
Matthew Lunn, Esq.
Robert Poppiti, Esq.
1000 N. King Street
Wilmington, DE 19801
(Counsel for the DIP Lenders and DIP Agent)

Office of the U.S. Trustee
Hannah McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Proposed Committee Counsel)

Debra I. Grassgreen, Esq.
Joshua M. Fried, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
(Proposed Committee Counsel)