## Exhibit 2

**Notice of Bid Procedures, Auction Date and Sale Hearing**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| | Sale Hearing Date: [May 26], 2016 at [10:30 a].m. |

## NOTICE OF BID PROCEDURES, AUCTION DATE AND SALE HEARING

**PLEASE TAKE NOTICE THAT:**

1.      On March 17, 2016, the above-captioned debtors and debtors in possession (the **"Debtors"**) filed the *Motion of the Debtors for Entry of an Order (A) Approving Bid Procedures Relating to the Sale of All or Substantially All of the Assets of Flavorus, Inc., (B) Establishing Procedures in Connection with the Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, and (D) Granting Related Relief* [Docket No. 244] (the **"Bid Procedures Motion"**)[2] with the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

2.      By order dated _____, 2016, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion [Docket No. ___] (the **"Bid Procedures Order"**).

3.      The Debtors are seeking bids for all or substantially all of the assets of Debtor Flavorus, Inc.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898).  The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Motion.

4.     All interested parties are invited to submit a Written Offer to purchase the Flavorus Assets in accordance with the terms and conditions of the Bid Procedures attached hereto as **Exhibit A** and the Bid Procedures Order.  The deadline to submit a Written Offer (the "**Bid Deadline**") is **[May 19], 2016 at 12:00 p.m. (Eastern Time)**.

5.     Prior to the Bid Deadline, a Potential Bidder that desires to purchase the Flavorus Assets shall deliver its Written Offer in accordance with the procedures set forth in the Bid Procedures.

6.     Pursuant to the Bid Procedures Order, in the event that the Debtors receive two or more Qualified Bids by the Bid Deadline, the Debtors shall conduct an Auction to determine the highest or otherwise best bid with respect to the Flavorus Assets.  The Auction shall commence at **11:00 a.m. (Eastern Time) on [May 23], 2016** at the offices of Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, or at such other place and time as the Debtors shall notify all Qualified Bidders, the DIP Lenders, the Consenting Noteholders, counsel for the Committee and other invitees, if any.

7.     Objections, if any, to the Sale of the Flavorus Assets to any Successful Bidder and/or the relief requested in the Debtors' motion to approve the Sale, other than the relief approved in the Bid Procedures Order, must be in writing and filed with the Court (i) **on or before the date that is seven (7) days before the date of the Sale Hearing** or (ii) **on or before the date that is one (1) day before the Sale Hearing if the Auction is concluded less than seven (7) days prior to the Sale Hearing** and be served such that they are actually received by (i) counsel to the Debtors, Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, Attn:  Maria J. DiConza; (ii) counsel to the DIP Lenders and the Consenting Noteholders; (iii) counsel to the Committee; and (iv) the Office of the United States Trustee (Region 3) (the "**Notice Parties**").

8.     The Sale Hearing shall be conducted by the Bankruptcy Court **on [May 26], 2016, at [10:30 a].m. (Eastern Time)**, or on such other date as the Bankruptcy Court may direct.  Requests for a copy of the Purchase Agreement or for any other information concerning the Sale of the Flavorus Assets should be directed, by written request, to the Debtors' investment banker listed above.

Dated:                                          Respectfully Submitted,


                                                GREENBERG TRAURIG, LLP


                                                */s/ DRAFT*
                                                Dennis A. Meloro (DE Bar. No. 4435)
                                                1007 North Orange Street, Suite 1200
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 661-7000
                                                Facsimile:  (302) 661-7360
                                                Email: melorod@gtlaw.com

                                                -and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. Diconza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  mitchelln@gtlaw.com
       diconzam@gtlaw.com
       haynesn@gtlaw.com

*Counsel for the Debtors*
*and Debtors-in-Possession*