IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SFX ENTERTAINMENT, INC., *et al.*, | ) Case No. 16-10238 (MFW) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Related to Docket No. 1018** |
| | ) |

### AFFIDAVIT OF SERVICE

Diane K. Potts, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for The Official Committee of Unsecured Creditors, in the above-captioned actions, and that on the 14th day of September, 2016, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

***FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CONWAY MACKENZIE, INC. FOR THE PERIOD JULY 1, 2016 TO JULY 31, 2016***

_____
Diane K. Potts

Sworn to and subscribed before
me this 14 day of Sept. , 2016

_____
Notary Public
My Commission Expires:

KA JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

DOCS_DE:209296.2 76896/002

SFX Entertainment Fee App Service List
Case No. 16-10283 (MFW)
Document No.  205700
01 – SF Interoffice Delivery
03 – Hand Delivery
03 – First Class Mail


(Counsel to the Official Committee of
Unsecured Creditors)
Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Interoffice Delivery**
(Counsel to the Official Committee of
Unsecured Creditors)
Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
(Office of the U.S. Trustee)
Hannah McCollum, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Debtors)
Dennis Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to DIP Lenders and DIP Agent)
Matthew Lunn, Esquire
Robert Poppiti, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801

**First Class Mail**
(Debtors)
SFX Entertainment, Inc., et al.
Attn:  Michael Katzenstein
902 Broadway, 15th Floor
New York, NY 10010

**First Class Mail**
(Counsel to Debtors)
Ryan A. Wagner, Esquire
Greenberg Traurig, LLP
The Met Life Building
200 Park Avenue, 38th Floor
New York, NY 10166

**First Class Mail**
(Counsel to DIP Lenders and DIP Agent)
Kristopher M. Hansen, Esquire
Jonathan D. Canfield, Esquire
Joshua M. Siegel, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

DOCS_DE:205700.1 76896/002