**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 1078,  1174 |

**NOTICE OF FILING OF REVISED PLAN SUPPLEMENT DOCUMENTS**

**PLEASE TAKE NOTICE** that on October 26, 2016, the above-captioned debtors and

debtors-in-possession (collectively, the "**Debtors**") filed the *Notice of Plan Supplement* [Docket

No. 1174] attaching documents in connection with the *Fifth Amended Joint Plan of Reorganization*

*of SFX Entertainment, Inc., et al. Under Chapter 11 of the Bankruptcy Code* [Docket No. 1078]

(the "**Plan**" and the documents filed on October 26, the "**Plan Supplement Documents**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the Plan

Supplement Documents with the attached documents attached hereto as **Exhibit 1** (the "**Amended**

**Plan Supplement Documents**").  The Amended Plan Supplement Documents are integral to and

part of the Plan and, if the Plan is approved, shall be approved by the Confirmation Order.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898).  The Debtors' business address is 524 Broadway, 11th Floor, New York, NY 10012.

1

**PLEASE TAKE FURTHER NOTICE** that the Amended Plan Supplement Documents include the documents listed on the Index to Exhibits annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a blackline comparison of the Amended Plan Supplement Documents against the Plan Supplement Documents.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan is currently scheduled to occur on **November 9, 2016, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Court, at 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify or supplement any document in the Amended Plan Supplement Documents.

Dated:  November 4, 2016                    GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email:  melorod@gtlaw.com

-and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. DiConza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
Email: mitchelln@gtlaw.com
        diconzam@gtlaw.com
        haynesn@gtlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

**Index to Exhibits**

**Exhibit A**      Composition of the Initial Board of Directors and Initial Officers of the Reorganized Debtors

**Exhibit B**      Description of Structure

**Exhibit C**      New Governance Documents

**Exhibit D**      New Stockholders' Agreement

**Exhibit E**      Terms of New Series A Preferred Stock Certificate

**Exhibit F**      Terms of New Series A Preferred Stock Investment Agreement

**Exhibit G**      Terms of New Series B Preferred Stock Certificate

**Exhibit H**      Terms of Warrant Agreement Governing New Warrants

**Exhibit I**      Schedule of Executory Contracts and Unexpired Leases to be Assumed, with Respective Cure Amounts and a Form Notice

**Exhibit J**      Litigation Trust Agreement

**Exhibit K**      Identity of the Litigation Trustee and Litigation Trust Oversight Committee

**Exhibit L**      GUC Note