# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SFX Entertainment, Inc., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238(MFW)<br>(Jointly Administered)<br><br>Re: Docket No. \_\_\_\_ |

**ORDER GRANTING REORGANIZED DEBTOR'S MOTION TO FILE
UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN (A) ITS MOTION FOR
AN ORDER (I) ENFORCING STATUTORY, PLAN AND CONFIRMATION ORDER
DISCHARGE INJUNCTIONS AND (II) AWARDING COMPENSATORY AND
COERCIVE DAMAGES FOR CIVIL CONTEMPT OF NIGHTCULTURE, INC.
AND (B) CERTAIN EXHIBITS ATTACHED THERETO**

Upon consideration of the Reorganized Debtor's Motion to Seal (the "Underline Motion to Seal")[1] Certain Confidential Information in (A) its Motion for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. (the "Underlying Motion") and (B) Certain Exhibits Attached Thereto, and the Court finding that it has jurisdiction over the Motion to Seal pursuant to 28 U.S.C. §§ 157 and 1334; the Motion to Seal is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

IT IS HEREBY ORDERED, THAT:

1. The Motion to Seal is GRANTED.

2. The Reorganized Debtor is authorized to file a redacted version of the Underlying Motion.

3. The Reorganized Debtor is authorized to file under seal the June 29, 2018 letter in the Action, which is annexed to the Underlying Motion as Exhibit K;

4. The Reorganized Debtor is authorized to file under seal the Co-Promotion Agreements, which are annexed to the Underlying Motion as Exhibits C– E.

5. The Reorganized Debtor is authorized to file under seal certain pleadings in the Action, which are annexed to the Underlying Motion as Exhibits F and H-J.

6. The Reorganized Debtor is authorized to file further redacted pleadings or documents as necessary to preserve confidential information in accordance with the terms of the Co-Promotion Agreements and the Confidentiality Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2018
      Wilmington, Delaware

                                        Hon. Mary F. Walrath
                                        United States Bankruptcy Judge