## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX Entertainment, Inc., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238(MFW)<br>(Jointly Administered)<br><br>**Objections Due: August 14, 2018, at 4:00 p.m. (Eastern)**<br>**Hearing Date: August 21, 2018, at 2:00 p.m. (Eastern)** |

## NOTICE OF REORGANIZED DEBTOR'S MOTION TO SEAL CERTAIN CONFIDENTIAL INFORMATION IN (A) ITS MOTION FOR AN ORDER (I) ENFORCING STATUTORY, PLAN AND CONFIRMATION ORDER DISCHARGE INJUNCTIONS AND (II) AWARDING COMPENSATORY AND COERCIVE DAMAGES FOR CIVIL CONTEMPT OF NIGHTCULTURE, INC. AND (B) CERTAIN EXHIBITS ATTACHED THERETO

PLEASE TAKE NOTICE that on July 30, 2018, Disco Donnie Presents, Inc. f/k/a SFX-Disco Operating, LLC ("Reorganized Debtor"), by and through its counsel, filed its Motion to Seal Certain Confidential Information in (A) Its Motion of Reorganized Debtor for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. and Certain Exhibits Attached Thereto (the "Motion to Seal").

You are required to file a response to the Motion to Seal on or before **August 14, 2018, at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response so as to be received on or before the Objection Deadline by the undersigned counsel for the Reorganized Debtor.

A HEARING ON THE MOTION TO SEAL WILL BE HELD ON **AUGUST 21, 2018, at 2:00 p.m. (Eastern)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge,

at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 30, 2018
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:     /s/ Kurt F. Gwynne
        Kurt F. Gwynne (No. 3951)
        1201 Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone:  302.778.7550
        Facsimile:  302.778.7575
        Email: kgwynne@reedsmith.com

        Counsel for Disco Donnie Presents, Inc. f/k/a
        SFX-Disco Operating, LLC, Reorganized Debtor