# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX Entertainment, Inc., *et al.*, | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1772** |
| | **Objections Due: At the Hearing** |
| | **Hearing Date: Aug. 21, 2018, at 2:00 p.m. (ET)** |

**MOTION TO SEAL THE OBJECTION TO MOTION OF REORGANIZED DEBTOR FOR AN ORDER (I) ENFORCING STATUTORY, PLAN AND CONFIRMATION ORDER DISCHARGE INJUNCTIONS AND (II) AWARDING COMPENSATORY AND COERCIVE DAMAGES FOR CIVIL CONTEMPT OF NIGHTCULTURE, INC.**

NightCulture, Inc. ("NightCulture"), by and through its undersigned counsel, moves this Honorable Court (the "Motion to Seal") for entry of an order, pursuant to Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing NightCulture to file under seal its Objection to Motion of Reorganized Debtor for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. (Docket No. 1772) (the "Underlying Objection"). Specifically, by the Motion to Seal, NightCulture seeks to:

 1. File a redacted version of the Underlying Objection.

 2. File under seal Exhibit A to the Underlying Objection.

Contemporaneously with the filing of this Motion to Seal, NightCulture has filed under seal the Objection with Exhibit A. NightCulture will also separately file a redacted version of the Objection. In support of this Motion to Seal, NightCulture respectfully states as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion to Seal is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The bases for the relief requested herein are section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## BACKGROUND

3. On February 1, 2016 (the "Petition Date"), the above-captioned debtors (the "Debtors") each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing bankruptcy case number 16-10269 (MFW) (the "Bankruptcy Case"), styled *In re SFX-Disco Operating LLC* (n/k/a Disco Donnie Presents, Inc.).

4. The Bankruptcy Case is jointly administered under bankruptcy case number16-10238 (MFW).

5. By order dated November 15, 2016, the Bankruptcy Court confirmed the Fifth Amended Joint Plan of Reorganization (the "Plan"). On December 2, 2016, the conditions of the Plan were satisfied and the effective date (the "Effective Date") of the Plan occurred.

6. The Debtor and NightCulture, Inc. entered into agreements (collectively, the "Agreements") pre-Petition Date and post-Effective Date.

7. The Agreements provide that neither Disco Donnie Presents, Inc. (f/k/a SFX-Disco Operating, LLC) ("DDP") nor NightCulture would disclose the terms or conditions of the Agreements.

8. DDP and NightCulture are also parties to an action (the "Action") where disclosure of the Action and all information and documents in the Action are prohibited to be disclosed pursuant to a Stipulated Order Protecting Confidentiality (the Confidentiality Order").[1]

**RELIEF REQUESTED**

9. NightCulture requests entry of an order authorizing the filing of the Underlying Objection and Exhibit A under seal pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(b).

**BASIS FOR RELIEF**

10. Local Rule 9018-1(b) provides, in relevant part, that [a]ny party who seeks to filed documents under seal must file a motion to that effect." Del. Bankr. L. R. 9018-1(b).

11. The Confidentiality Order provides that NightCulture is not permitted to disclose the Pleadings or any information in the Action. Each of the Agreements provides that NightCulture is not permitted to disclose the terms of that particular Agreement.

12. The Underlying Objection discusses the contents of filings in the Action and the terms of the Agreements. The Underlying Objection also annexes a Stipulation between the parties (Exhibit A) that was filed in the Action.

13. NightCulture does not believe that disclosure of the confidential information in the Underlying Objection and the Stipulation could reasonably be expected to cause the DDP commercial harm.

14. Nevertheless, to comply with the Confidentiality Order and the terms of the Agreements, and in an abundance of caution, NightCulture requests entry of an Order authorizing the redaction of certain confidential information in the Underlying Objection and the

---

[1] The Confidentiality Order has not been signed in the Action.

sealing of the Stipulation.

## NOTICE

15. Notice of this Seal Motion has been given by first class U.S. mail to: (i) counsel to DDP; (ii) counsel to the United States Trustee; (iii) counsel to the SFX Litigation Trustee; (iv) counsel to the DIP Lenders; and (v) any party that is entitled to or has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, NightCulture believes that no other or further notice need be given.

WHEREFORE, the Movant respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in the Seal Motion and such further relief as is just and proper.

Dated: August 14, 2018
Wilmington, Delaware

*/s/ Ericka F. Johnson*
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Ericka F. Johnson (Del. Bar No. 5024)
WOMBLE BOND DICKINSON (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: mark.desgrosseilliers@wbd-us.com
Email: ericka.johnson@wbd-us.com

*Counsel for NightCulture, Inc.*