# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX Entertainment, Inc., *et al.*,<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>Related to Docket No. 1772<br><br>Objections Due: At the Hearing<br>Hearing Date: Aug. 21, 2018, at 2:00 p.m. (ET) |

**NOTICE OF HEARING REGARDING MOTION TO SEAL THE OBJECTION TO MOTION OF REORGANIZED DEBTOR FOR AN ORDER (I) ENFORCING STATUTORY, PLAN AND CONFIRMATION ORDER DISCHARGE INJUNCTIONS AND (II) AWARDING COMPENSATORY AND COERCIVE DAMAGES FOR CIVIL CONTEMPT OF NIGHTCULTURE, INC.**

        PLEASE TAKE NOTICE that, on August 14, 2018, NightCulture Inc. ("NightCulture"), by and through its undersigned counsel, filed the Motion to Seal the Objection to Motion of Reorganized Debtor for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. (the "Motion to Seal").

        PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Motion to Seal will be held on **August 21, 2018, at 2:00 p.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.**1**

---

1    The Motion to Seal is related to an objection to a motion that was filed under seal and, pursuant to Rule 9018-1(d) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the hearing on such a motion to seal at the applicable hearing without need to shorten notice.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion to Seal, must be submitted at or before the Hearing.

PLEASE TAKE FURTHER NOTICE that to the extent a response if filed prior to the Hearing, you must also serve a copy of the response upon the counsel for NightCulture below:

>Mark L. Desgrosseilliers
>Ericka F. Johnson
>Womble Bond Dickinson (US) LLP
>222 Delaware Avenue, Ste. 1501
>Wilmington, DE 19801
>Facsimile: (302) 252-4330
>E-mail: mark.desgrosseilliers@wbd-us.com
>E-mail: ericka.johnson@wbd-us.com

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 14, 2018
       Wilmington, Delaware

>*/s/ Ericka F. Johnson*
>Mark L. Desgrosseilliers (Del. Bar No. 4083)
>Ericka F. Johnson (Del. Bar No. 5024)
>Womble Bond Dickinson (US) LLP
>222 Delaware Avenue, Suite 1501
>Wilmington, DE 19801
>Telephone: (302) 252-4320
>Facsimile: (302) 252-4330
>Email: mark.desgrosseilliers@wbd-us.com
>Email: ericka.johnson@wbd-us.com

*Counsel for NightCulture, Inc.*