# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX Entertainment, Inc., *et al.*, | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 1772 & _____** |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a)
AND 107(b) AND (c), BANKRUPTCY RULE 9018, AND LOCAL BANKRUPTCY
RULE 9018-1 AUTHORIZING THE FILING UNDER SEAL OF THE OBJECTION TO
MOTION OF REORGANIZED DEBTOR FOR AN ORDER (I) ENFORCING
STATUTORY, PLAN AND CONFIRMATION ORDER DISCHARGE INJUNCTIONS
AND (II) AWARDING COMPENSATORY AND COERCIVE DAMAGES FOR CIVIL
CONTEMPT OF NIGHTCULTURE, INC.**

Upon consideration of the motion (the "Seal Motion")[1] of the NightCulture, Inc., for an order pursuant to sections 105(a) and 107(b) and (c) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") authorizing NightCulture to file under seal the Objection to Motion of Reorganized Debtor for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. (the "Objection"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Seal Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Seal Motion was appropriate under the circumstances; and after due deliberation

---

[1]   Capitalized terms not defined herein shall have the meanings ascribed to them in the Seal Motion.

and sufficient cause appearing therefore, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

1. The Seal Motion is hereby granted.

2. NightCulture is authorized to file the Objection, including Exhibit A to the Objection, under seal pursuant to sections 105(a) and 107(b) and (c) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1.

3. The Objection and Exhibit A shall remain confidential, redacted, protected under seal, and not made publicly available to any person or entity other than the Court, the Liquidating Trustee and its counsel, DDP and its counsel, and the United States Trustee, unless otherwise ordered by the Court.

4. NightCulture is authorized and empowered to take all actions necessary to implement the relief granted in this order.

5. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this order.