**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SFX Entertainment, Inc., *et al.*,<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238(MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 1767 |

**CERTIFICATE OF NO OBJECTION TO REORGANIZED DEBTOR'S MOTION TO SEAL CERTAIN CONFIDENTIAL INFORMATION IN (A) ITS MOTION FOR AN ORDER (I) ENFORCING STATUTORY, PLAN AND CONFIRMATION ORDER DISCHARGE INJUNCTIONS AND (II) AWARDING COMPENSATORY AND COERCIVE DAMAGES FOR CIVIL CONTEMPT OF NIGHTCULTURE, INC. AND (B) CERTAIN EXHIBITS ATTACHED THERETO**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Reorganized Debtor's Motion to Seal Certain Confidential Information in (A) Its Motion of Reorganized Debtor for an Order (I) Enforcing Statutory, Plan and Confirmation Order Discharge Injunctions and (II) Awarding Compensatory and Coercive Damages for Civil Contempt of NightCulture, Inc. and Certain Exhibits Attached Thereto (the "Motion to Seal"; D.I. 1767) filed on July 30, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Seal appears thereon. Pursuant to the Notice of Motion to Seal, objections or responses to the Motion to Seal were to be filed and served no later than August 14, 2018, at 4:00 p.m.

It is hereby respectfully requested that the proposed form of Order substantially in the form as attached to the Motion to Seal be entered at the earliest convenience of the Court.

Dated: August 15, 2018　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　By:　/s/ Kurt F. Gwynne
　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone:  302.778.7550
　　　　　　　　　　　　　　　　　　Facsimile:  302.778.7575
　　　　　　　　　　　　　　　　　　Email: kgwynne@reedsmith.com

　　　　　　　　　　　　　　　　　　Counsel for Disco Donnie Presents, Inc. f/k/a
　　　　　　　　　　　　　　　　　　SFX-Disco Operating, LLC, Reorganized Debtor