# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | Hearing Date: November 1, 2018 at 2:00 p.m.<br>Obj. Deadline: September 21, 2018 at 4:00 p.m. |

**ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE
REORGANIZED DEBTORS TO CLAIMS PURSUANT TO
SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE,
<u>BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1</u>**

\*\*\*\*

**Claimants receiving this Objection should locate their name(s) and claim number(s) in <u>Exhibit A</u> hereto, which contain the grounds for objections pertaining to their claim(s) and the relief being sought by the Reorganized Debtors.**

**Your substantive rights may be affected by this Objection and by any further objection that may be filed by the Reorganized Debtors.**

**The relief sought herein is without prejudice to the Reorganized Debtors' rights to pursue further substantive or non-substantive objections against the claims listed in <u>Exhibit A</u> attached to the Proposed Order annexed to the Objection as <u>Exhibit 1</u>.**

\*\*\*\*

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Blvd, Suite 350, Beverly Hills CA 90210

The above-captioned reorganized debtors (collectively, the "**Reorganized Debtors**") hereby object to certain claims listed in **Exhibit A** annexed hereto (the "**Foreign Currency Claims**"), and file this eleventh omnibus, substantive objection (the "**Eleventh Omnibus Objection**") to such Foreign Currency Claims pursuant to sections 105 and 502(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), seeking entry of an order modifying each of the Foreign Currency Claims as set forth in **Exhibit A**. In support of this Eleventh Omnibus Objection, the Reorganized Debtors submit the Declaration of John Coughlan, attached hereto as **Exhibit 2**, and respectfully state as follows:

### Status of the Case

1. On February 1, 2016 (the "**Petition Date**"), the former debtors and debtors-in-possession (collectively, the "**Debtors**") commenced their bankruptcy cases (the "**Chapter 11 Cases**") by filing voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On September 30, 2016, the Debtors filed the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc.* et al. *Under Chapter 11 of the Bankruptcy Code* (as amended, supplemented or modified from time to time, the "**Plan**") [Docket Nos. 1078, 1237, 1282].

3. A hearing to consider the confirmation of the Plan was held on November 9, 2016 (the "**Confirmation Hearing**").

4. On November 15, 2016, the Court entered an order confirming the Plan [Docket No. 1293] (the "**Confirmation Order**").

5. On December 2, 2016, the Plan became effective [Docket No. 1342] and the Reorganized Debtors emerged from chapter 11.

## Jurisdiction, Venue and Statutory Predicates

6. The Court has jurisdiction over this Eleventh Omnibus Objection pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is core within the meaning of 28 U.S.C. § 157(b)(2).

7. The statutory predicates for the relief sought herein are sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1.

## Schedules and Claims Bar Date

8. On April 13-14, 2016, the Debtors filed their Schedules of Assets and Liabilities and Statements of Financial Affairs (as amended, the "**Schedules**").

9. On April 5, 2016, the Court entered the *Order (A) Fixing Deadlines for Filing Proofs of Claim and (B) Designating Form and Manner of Notice Thereof* [Docket No. 351] (the "**Bar Date Order**"), which established May 17, 2016 (the "**General Bar Date**") as the last date for all creditors, other than governmental units, holding a claim against one or more of the Debtors, and August 1, 2016 (the "**Governmental Bar Date**") as the last date for all governmental units holding a claim against one or more of the Debtors, to file and serve a written proof of claim for payment of any such claim. Notice of the General Bar Date and the Governmental Bar Date was provided by mail and publication in accordance with the procedures outlined in the Bar Date Order.

3

10. The Bar Date Order further provided that all claims filed against the Debtors shall "be denominated in currency of the United States." *See* Bar Date Order Para. 9.

11. To date, approximately 650 proofs of claims have been filed in these Chapter 11 Cases (together with all other claims on the Debtors' Schedules, the "**Claims**").

## Relief Requested

12. By this Eleventh Omnibus Objection, and for the reasons stated herein, the Reorganized Debtors seek entry of an order, pursuant to sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying each of the Foreign Currency Claims set forth in **Exhibit A**.

## Basis for Relief Requested

**Foreign Currency Claims (Exhibit A)**

13. The Reorganized Debtors object to each of the Claims listed in **Exhibit A** attached hereto (each, a "**Foreign Currency Claim**") on the ground that each Foreign Currency Claim is denominated in foreign currency and thereby failed to comply with the terms of the Bar Date Order. The Bar Date Order was served on all potential claimants and the notice of the General Bar Date was provided through the publication procedures set forth in the Bar Date Order. All claimants, including those filing the Claims listed in **Exhibit A** hereto, were therefore notified that a proof of Claim against any of the Debtors was required to be denominated in currency of the United States. Section 502(b) of the Bankruptcy Code further provides that the Bankruptcy Court, "after notice and a hearing, shall determine the amount of such claim ***in lawful currency of the United States as of the date of the filing of the petition*** . . . ." 11 U.S.C. § 502(b) (emphasis added). Accordingly, each Foreign Currency Claim in **Exhibit A** attached hereto should be modified to reflect its value in United States currency as of February 1, 2016 (i.e., the Petition Date), as set forth in **Exhibit A**.

4

**Reservation of Rights**

14. The Reorganized Debtors expressly reserve the right to amend, modify or supplement this Eleventh Omnibus Objection and to file additional objections to the Foreign Currency Claims or to any other proofs of Claim that may be asserted against the Debtors' estates. Should one or more of the grounds of objection stated herein be overruled, the Reorganized Debtors reserve the right to object to the Foreign Currency Claims on any other ground that bankruptcy or non-bankruptcy law permits.

15. Notwithstanding anything contained herein or the attached exhibits, nothing herein shall be construed as a waiver of any rights that the Debtors' estates may have to (i) bring avoidance actions under applicable sections of the Bankruptcy Code, including but not limited to sections 544, 547, and 548 of the Bankruptcy Code, against holders of Claims subject to this Eleventh Omnibus Objection or (ii) exercise the Debtors' estates' rights of setoff against the holders of such Claims.

**Compliance with Local Rule 3007-1**

16. The Reorganized Debtors, by and through their counsel, state that, to the best of their knowledge, information and belief, this Eleventh Omnibus Objection and related exhibits comply with the requirements of Local Rule 3007-1. To the extent this Eleventh Omnibus Objection does not comply in all respects with the requirements of Local Rule 3007-1, the undersigned believes such deviations are not material and respectfully requests that such requirements be waived.

**Notice**

17. Notice of this Eleventh Omnibus Objection has been given to the following parties or, in lieu thereof, to their counsel, if known: (a) the Office of the United States Trustee for the District of Delaware; (b) those parties requesting notice pursuant to Bankruptcy Rule

2002; and (c) those parties whose Claims are listed in **Exhibit A**. The Reorganized Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[concluded on following page]*

**Conclusion**

WHEREFORE, for the reasons set forth herein, the Reorganized Debtors respectfully request that this Court approve the relief requested in this Eleventh Omnibus Objection and grant such other and further relief as is just and proper.

Dated: August 31, 2018  **GREENBERG TRAURIG, LLP**

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nathan A. Haynes (admitted *pro hac vice*)
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: haynesn@gtlaw.com

*Counsel to the Reorganized Debtors*