# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1796 |

**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTORS TO CLAIMS PURSUANT TO SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned reorganized debtors (the "**Reorganized Debtors**"), hereby certifies that:

1. On August 31, 2018, the Reorganized Debtors filed the *Twelfth Omnibus Objection (Non-Substantive) of the Reorganized Debtors to Claims Pursuant to Sections 105 and 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 1796] (the "**Twelfth Omnibus Objection**").

2. Pursuant to the Notice of the Twelfth Omnibus Objection, responses to the Twelfth Omnibus Objection were to be filed and served no later than September 21, 2018 at 4:00 p.m. (Eastern Time). No responses were filed or received to the Twelfth Omnibus Objection.

3. Therefore, I respectfully request that the Court enter the proposed form of order attached hereto as **Exhibit A** at its earliest convenience.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 524 Broadway, 11th Floor, New York, NY 10012.

Dated: October 25, 2018                                   GREENBERG TRAURIG, LLP

                                                          */s/ Dennis A. Meloro*
                                                          Dennis A. Meloro (DE Bar No. 4435)
                                                          The Nemours Building
                                                          1007 North Orange Street, Suite 1200
                                                          Wilmington, Delaware 19801
                                                          Telephone: (302) 661-7000
                                                          Facsimile: (302) 661-7360
                                                          Email: melorod@gtlaw.com


                                                          *Counsel for Reorganized Debtors*