# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

Objection Deadline: November 14, 2018 at 4:00 p.m. (Eastern Time)
Hearing Date: December 19, 2018 at 11:30 a.m. (Eastern Time)

## NOTICE OF THE FOURTH JOINT MOTION OF THE LITIGATION TRUSTEE AND THE REORGANIZED DEBTORS TO EXTEND TIME TO OBJECT TO CLAIMS

TO: (a) the United States Trustee; and (b) all parties that have requested or that are required to receive notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

**PLEASE TAKE NOTICE** that on October 31, 2018, Dean A. Ziehl, Litigation Trustee for the SFX Litigation Trust, as successor in interest to the estates (the "**Litigation Trustee**") and the above-captioned reorganized debtors (the "**Reorganized Debtors**") in the above-captioned bankruptcy case filed the attached *Fourth Joint Motion of the Litigation Trustee and*

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Boulevard, Suite 350, Beverly Hills, CA 90210.

*the Reorganized Debtors to Extend Time to Object to Claims* ("**Motion**"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Reorganized Debtors, 9242 Beverly Boulevard, suite 350, Beverly Hills, CA 90210, Attn: Alan Enriquez; (ii) counsel for the Reorganized Debtors: (a) Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE, 19801, Attn: Dennis Meloro, Esq.; and (b) Greenberg Traurig, LLP, The Metlife Building, 200 Park Avenue, 38th Floor, New York, New York, 10166, Attn: Leo Muchnik, Esq.; (iii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: Hannah McCollum, Esq.; and (iv) counsel for the SFX Litigation Trust, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Colin R. Robinson, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **November 14, 2018 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **DECEMBER 19, 2018 AT 11:30 A.M.** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

Dated: October 30, 2018

**GREENBERG TRAURIG, LLP**

*/s/Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

*Counsel for the Reorganized Debtors*

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: crobinson@pszjlaw.com

*Counsel for the Litigation Trustee*