# EXHIBIT A

**(Indemnification Claims)**

# EXHIBIT A
## (First Omnibus Objection)

| Name of Claimant | Claim Number | Claim Amount | Reason for Modification |
|---|---|---|---|
| Geoffrey Armstrong | 399 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Frank E. Barnes III | 398 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Andrew Bazos | 401 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Timothy Bishop | 400 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Jared Cohen | 212 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Pasquale Manocchia | 396 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Michael J. Meyer | 388 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Michael J. Meyer | 394 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| John D. Miller | 393 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Joseph Rascoff | 397 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Edward Simon | 395 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 389 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 390 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 391 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |

| Name of Claimant | Claim Number | Claim Amount | Reason for Modification |
|---|---|---|---|
| Mitchell Slater | 392 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 412 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 413 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 414 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |

DOCS_DE:221721.1 76897/001