# EXHIBIT A

**(Disallow or Reduce and Allow Claims)**

# EXHIBIT A
## (Second Omnibus Objection)

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Ean Services LLD, dba National Car Rental and Enterprise Rent-a-Car | 352 | $211,663.93 | $210,705.14 | Modified Amount is debt reflected in the Debtors' books and records |
| VistaJet US, Inc. | 224 | $1,740,134.00 | $818,486.28 | Modified Amount is debt reflected in the Debtors' books and records |
| Steptoe & Johnson LLP | 314 | $614,735.23 | $480,292.72 | Modified Amount is debt reflected in the Debtors' books and records |
| Epic Tents, LLC | 384 | $442,648.00 | $0.00 | Modified Amount is debt reflected in the Debtors' books and records |
| Paul Hastings LLP (scheduled) | Sched F | $1,958,105.01 | $1,758,105.01 | Modified Amount is debt reflected in the Debtors' books and records |