IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 30TH day of October, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF THE SFX LITIGATION TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS - SUBSTANTIVE (BOOKS AND RECORDS); AND**

**THE SFX LITIGATION TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS - SUBSTANTIVE (BOOKS AND RECORDS).**

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Boulevard, Suite 350, Beverly Hills, CA 90210.

DOCS_DE:221693.1 76897/001

SFX 2nd Omnibus Objection to Claims
Service List
Case No. 16-10238 (MFW)
Document No. 221691
06 - First Class Mail

**First Class Mail**
Ean Services LLC
Mary Bushyhead
Senior Credit Analyst
14002 East 21st Street, Suite 1500
Tulsa, OK 74134

**First Class Mail**
VistaJet US, Inc.
Bryan Van der Meer
Director
112 Charles A, Lindberg Dr.
Teterboro, NJ 07608

**First Class Mail**
VistaJet US, Inc.
Joshua R. Taylor
112 Charles A, Lindberg Dr.
Teterboro, NJ 07608

**First Class Mail**
Steptoe & Johnson LLP
Michael Rennock, Esquire
Partner
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036

**First Class Mail**
Epic Tents, LLC
Daniel G. Nolan III
Managing Member
1069 Canton Road
Marietta, GA 30066

**First Class Mail**
Paul Hastings LLP
Christine Dionne, Esquire
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

SFX Entertainment, Inc. 2002 Service List
Case No. 16-10238 (MFW)
Document No. 205259
02 – Interoffice Mail
14 – Hand Delivery
35 – First Class Mail
02 – Foreign First Class

*(Counsel for the Official Committee of Unsecured Creditors)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**INTEROFFICE MAIL**
*(Counsel for the Official Committee of Unsecured Creditors)*
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**INTEROFFICE MAIL**
*(Counsel for the Official Committee of Unsecured Creditors)*
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

***HAND DELIVERY***
*(Counsel to the Debtors and Debtors-in-Possession)*
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
1007 North Orange St
Suite 1200
Wilmington, DE 19801

***HAND DELIVERY***
Attn Bankruptcy Dept
Delaware Dept of Justice
820 N French St 6th Fl
Wilmington, DE 19801

***HAND DELIVERY***
Matthew Denn, Esquire
Delaware Attorney General
Carvel State Office Building
820 N French St
Wilmington, DE 19801

***HAND DELIVERY***
Charles Oberly c/o Ellen Slights, Esquire
US Attorney for Delaware
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

***HAND DELIVERY***
Hannah M. McCollum, Esquire
Office of the United States Trustee
Delaware
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

***HAND DELIVERY***
*(Counsel to the Ad Hoc Committee of Second Lien Noteholders)*
Matthew B. Lunn, Esquire
Robert F. Poppiti, Jr., Esquire
Ashley E. Jacobs, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King St
Rodney Square
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for Catalyst Fund Limited Partnership V, Catalyst Media Coöperatief U.A. viagogo AG and viagogo Inc.)*
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
PO Box 1150
Wilmington, DE 19899-1150

**HAND DELIVERY**
*(Counsel to US Bank National Association)*
Eric Lopez Schnabel, Esquire
Alessandra Glorioso, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**HAND DELIVERY**
*(Attorneys for Henri Pferdmenges)*
Alan M. Root, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel fir Guevoura Fund Ltd., on behalf of itself and all others similarly situated)*
Christopher P. Simon, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to 902 Associates)*
Frederick B. Rosner, Esquire
Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

**AND DELIVERY**
*(Counsel to Angel Santiago)*
David W. Giattino, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Gabriel Moreno)*
Edward J. Kosmowski, Esquire
Clark Hill PLC
824 N. Market Street; Suite 710
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for MasterCard Europe SA)*
L. Katherine Good, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
*(Debtors)*
LiveStyle, Inc.
f/k/a SFX Entertainment, Inc.
524 Broadway, 11th Floor
New York, NY 10012

**FIRST CLASS MAIL**
*(Counsel to the Debtors and Debtors-in-Possession)*
Nathan A. Haynes, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

2

*FIRST CLASS MAIL*
Division of Corporations Franchise Tax
Delaware Secretary of State
401 Federal Street
PO Box 898
Dover, DE  19903

*FIRST CLASS MAIL*
Attn Susanne Larson
Internal Revenue Service
31 Hopkins Plz Rm 1150
Baltimore, MD  21201

*FIRST CLASS MAIL*
Centralized Insolvency Operation
Internal Revenue Service
2970 Market St
PO Box 7346
Philadelphia, PA  19104

*FIRST CLASS MAIL*
Securities & Exchange Commission
Headquarters
100 F St NE
Washington, DC  20549

*FIRST CLASS MAIL*
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022

*FIRST CLASS MAIL*
Sharon Binger, PA Regional Director
Securities & Exchange Commission
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA  19103

*FIRST CLASS MAIL*
*(Interested Party)*
Branch Manager
First National Community Bank
531 Main St
PO Box 490
Somerset, WI  54025

*FIRST CLASS MAIL*
*(Indenture Trustee to the Indenture governing the 2019 Notes)*
US Bank National Association
190 S. LaSalle Street, 10th Floor
Chicago, IL  60603

*FIRST CLASS MAIL*
*(Counsel to the Ad Hoc Committee of Second Lien Noteholders)*
Kristopher M. Hansen, Esquire
Jonathan D. Canfield, Esquire
Joshua M. Siegel, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

*FIRST CLASS MAIL*
*(Counsel for Catalyst Fund Limited Partnership V and Catalyst Media Coöperatief U.A.)*
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
7 Times Square
New York, NY  10036

*FIRST CLASS MAIL*
*(Counsel for Catalyst Fund Limited Partnership V and Catalyst Media Coöperatief U.A.)*
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Brian T. Rice, Esquire
Brown Rudnick LLP
1 Financial Center
Boston, MA  02111

*FIRST CLASS MAIL*
(Counsel to US Bank National Association)
Tina N. Moss, Esquire
Perkins Coie LLP
30 Rockefeller Plaza
New York, NY 10112-0085

*FIRST CLASS MAIL*
(Counsel to TriNet Group, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105

*FIRST CLASS MAIL*
(Attorneys for Henri Pferdmenges)
Robert Stein
Blank Rome LLP
405 Lexington Avenue
The Chrysler Building
New York, NY 10174-0208

*FIRST CLASS MAIL*
(Creditor)
Amanda Hiller, Deputy Commissioner and Counsel
Robert L. Cook, District Tax Attorney
New York State Department of Taxation and Finance
340 East Main Street
Rochester, NY 14604

*FIRST CLASS MAIL*
(Creditor)
Attn: Sheryl L. Moreau, Esquire
Missouri Department of Revenue,
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

*FIRST CLASS MAIL*
TN Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

*FIRST CLASS MAIL*
(Counsel fir Guevoura Fund Ltd., on behalf of itself and all others similarly situated)
Michael S. Etkin, Esquire
S. Jason Teele, Esquire
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

*FIRST CLASS MAIL*
(Counsel fir Guevoura Fund Ltd., on behalf of itself and all others similarly situated)
Charles P. Piven, Esquire
Brower Piven PC
1925 Old Valley Road
Stevenson, MD 21153

*FIRST CLASS MAIL*
(Counsel for Creditor Artists Alliance Australasia Pty Ltd, in its capacity as Trustee of F. Cotela Family Trust, "Artists")
Carl L. Grumer, Esquire
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

*FIRST CLASS MAIL*
(Counsel to Moody's Investors Service, Inc.)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

**FIRST CLASS MAIL**
*(Counsel to TriNet Group, Inc.)*
Amish R. Doshi, Esquire
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY  11743

**FIRST CLASS MAIL**
*(Creditor)*
Benjamin Swartzendruber, Esquire
Wendy Rossman, Esquire
Assistant County Attorney
Arapahoe County, Colorado
5334 S. Prince Street
Littleton, CO  80120-1136

**FIRST CLASS MAIL**
*(Counsel to Creditor AM Only, LLC)*
Carren Shulman, Esquire
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY  10012

**FIRST CLASS MAIL**
*(Counsel to 902 Associates)*
S. Stewart Smith, Esquire
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY  10016

**FIRST CLASS MAIL**
*(Counsel to Angel Santiago)*
Mark R. Faro, Esquire
Piekarsky and Associates, LLC
191 Godwin Avenue
Wyckoff, NJ  07481

**FIRST CLASS MAIL**
*(Counsel to Gabriel Moreno)*
Richard Busch, Esquire
Michael D. Oesterle, Esquire
King & Ballow Law Offices
315 Union Street, Suite 1100
Nashville, TN  37201

**FIRST CLASS MAIL**
*(Counsel to Gabriel Moreno)*
Paul H. Duvall, Esquire
King & Ballow Law Offices
1999 Avenue of the Stars Suite 1100
Century City, CA  90067

**FIRST CLASS MAIL**
*(Counsel to Office of Unemployment Comp Tax Services)*
Linda Mitten, Agent
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA  17121

**FIRST CLASS MAIL**
*(Counsel to City of Philadelphia and/or Water Revenue Bureau)*
Megan N. Harper, Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

**FIRST CLASS MAIL**
*(Counsel for MasterCard Europe SA)*
Gabriel R. MacConaill, Esquire
Anna Gumport, Esquire
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

**FIRST CLASS MAIL**
*(Counsel for JL Productions, LLC)*
Quinlan Lisa H. Quinlan, Esquire
Matthew M. May, Esquire
Eric T. Schmitt, Esquire
The Quinlan Law Firm, LLC
233 South Wacker Drive, Suite 2210
Chicago, IL  60606

***FOREIGN FIRST CLASS***
*(Administrative Agent and Lender to the Debtors' prepetition Credit Agreement and Foreign Loan)*
c/o The Catalyst Capital Group Inc.
Attention: Mr. Gabriel De Alba
Catalyst Fund Limited Partnership V
181 Bay Street, Suite 4700
PO Box 792
Bay Wellington Tower, Brookfield Place
Toronto, ON  M5J 2T3
CANADA

***FOREIGN FIRST CLASS***
Viagogo AG
Attn:  Rashwinder Dhoot
Rue de Lyon 109
1203 Geneva
SWITZERLAND