# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

SFX ENTERTAINMENT, INC., *et al.*,[1]

Reorganized Debtors.

Chapter 11

Case No. 16-10238 (MFW)

(Jointly Administered)

D.I. No. 1814

**ORDER GRANTING FOURTH JOINT MOTION OF THE LITIGATION TRUSTEE AND THE REORGANIZED DEBTORS TO EXTEND TIME TO OBJECT TO CLAIMS**

Upon consideration of the motion (the "**Motion**")[2] of Dean A. Ziehl, Litigation Trustee for the SFX Litigation Trust, as successor in interest to the estates (the "**Litigation Trustee**") and the reorganized debtors (the "**Reorganized Debtors**") in the above-captioned bankruptcy case for entry of an order (this "**Order**") extending the time by which the Litigation Trustee and the Reorganized Debtors have authority to object to Claims; and upon consideration of the Motion having been given; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Boulevard, Suite 350, Beverly Hills, CA 90210.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DOCS_DE:220894.4 76897/001

pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of the proceeding and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given; and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the relief sought in the Motion is granted; and it is further

ORDERED, that the Claims Objection Bar Date by which the Litigation Trustee and the Reorganized Debtors must object to Claims is extended to and including January 4, 2019; and it is further

ORDERED, that nothing in this Order shall prejudice the Litigation Trustee's and the Reorganized Debtors' rights to seek further extensions of the Claims Objection Bar Date from this Court; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.