IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | ) Case No.: 16-10238 (MFW) <br> ) |
| Reorganized Debtors. | ) (Jointly Administered) <br> ) |
| | Re: Docket No. 1815 |

## CERTIFICATION OF NO OBJECTION REGARDING THE SFX LITIGATION TRUSTEE'S OBJECTION TO ROBERT F.X. SILLERMAN'S UNEXPUNGED PORTION OF PROOF OF CLAIM 426 AND PROOF OF CLAIM 363 IN ITS ENTIRETY

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to *The SFX Litigation Trustee's Objection to Robert F.X. Sillerman's Unexpunged Portion of Proof of Claim 426 and Proof of Claim 363 in Its Entirety* (the "Objection") [Docket No. 1815] filed on October 30, 2018.

Pursuant to the *Notice of The SFX Litigation Trustee's Objection to Robert F.X. Sillerman's Unexpunged Portion of Proof of Claim 426 and Proof of Claim 363 in Its Entirety* [Docket No. 1815], responses to the relief requested in the Objection were to be filed and served no later than November 14, 2018, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Boulevard, Suite 350, Beverly Hills, CA 90210.

The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Objection appears thereon and no informal Objection was received.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Dated: December 17, 2018      PACHULSKI STANG ZIEHL & JONES LLP

/s/ Colin R. Robinson
Kenneth H. Brown (CA Bar No. 100396)
Debra I. Grassgreen (CA Bar No. 169978)
Maria A. Bove (NY Bar No. 8687)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail:     kbrown@pszjlaw.com
            dgrassgreen@pszjlaw.com
            mbove@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel to the Litigation Trustee*