# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1816** |

## ORDER GRANTING THE SFX LITIGATION TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS – SUBSTANTIVE (NO LIABILITY INDEMNITY CLAIMS)

Upon consideration of the *SFX Litigation Trustee's First Omnibus Objection to Claims – Substantive (No Liability Indemnity Claims)* (the "<u>Objection</u>") and that certain *Notice of the SFX Litigation Trustee's First Omnibus Objection to Claims – Substantive (No Liability Indemnity Claims)*; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Objection was good and sufficient under the circumstances and that

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 9242 Beverly Boulevard, Suite 350, Beverly Hills, CA 90210.

DOCS_LA:317283.3

no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is **GRANTED** as set forth herein.

2. The Claims listed on Exhibit 1 hereto are hereby disallowed in their entirety.

3. This Order is without prejudice to, and shall not affect the right of, the Litigation Trustee under the terms of Plan to assert affirmative claims against any of the Claimants holding Claims subject to the Objection and this Order.

4. This Order and the disallowance of the Claims provided for herein is without prejudice to, and shall not in any way affect, the rights of any of the Claimants against and under the Debtors' directors and officers insurance policies, as provided in section 5.06(a) of the Plan.

5. Kurtzman Carson Consultants, LLC, as claims and noticing agent in the above-captioned chapter 11 cases, is authorized and directed to update the claims register to reflect the relief granted in this Order.

6. The Litigation Trustee and the Reorganized Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

2

DOCS_LA:317283.3

# EXHIBIT A

(Indemnification Claims)

# EXHIBIT A
## (First Omnibus Objection)

| Name of Claimant | Claim Number | Claim Amount | Reason for Modification |
|---|---|---|---|
| Geoffrey Armstrong | 399 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Frank E. Barnes III | 398 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Andrew Bazos | 401 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Timothy Bishop | 400 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Jared Cohen | 212 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Pasquale Manocchia | 396 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Michael J. Meyer | 388 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Michael J. Meyer | 394 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| John D. Miller | 393 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Joseph Rascoff | 397 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Edward Simon | 395 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 389 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 390 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 391 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |

| Name of Claimant | Claim Number | Claim Amount | Reason for Modification |
|---|---|---|---|
| Mitchell Slater | 392 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 412 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 413 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |
| Mitchell Slater | 414 | Unliquidated | No liability Pursuant to Section 5.06(a) of the Plan |

DOCS_DE:221721.1 76897/001