# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1817** |

## ORDER GRANTING THE SFX LITIGATION TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS – SUBSTANTIVE (BOOKS AND RECORDS)

Upon consideration of the *SFX Litigation Trustee's Second Omnibus Objection to Claims – Substantive (Books and Records)* (the "Objection") and that certain *Notice of the SFX Litigation Trustee's Second Omnibus Objection to Claims – Substantive (Books and Records)*; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Objection was good and sufficient under the circumstances and that no other or

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is **GRANTED** as set forth herein.

2. The Claims listed on Exhibit 1 hereto are modified and allowed in the amounts set forth in that column of Exhibit 1 entitled "Modified Claim Amount".

3. Kurtzman Carson Consultants, LLC, as claims and noticing agent in the above-captioned chapter 11 cases, is authorized and directed to update the claims register to reflect the relief granted in this Order.

4. The Litigation Trustee and the Reorganized Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

# EXHIBIT A
## (Second Omnibus Objection)

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Ean Services LLD, dba National Car Rental and Enterprise Rent-a-Car | 352 | $211,663.93 | $210,705.14 | Modified Amount is debt reflected in the Debtors' books and records |
| VistaJet US, Inc. | 224 | $1,740,134.00 | ~~$818,486.28~~ $1,740,134.00 | ~~Modified Amount is debt reflected in the Debtors' books and records~~ No modification. Debtors agree with claimant VistaJet US, Inc. claim amount |
| Steptoe & Johnson LLP | 314 | $614,735.23 | $480,292.72 | Modified Amount is debt reflected in the Debtors' books and records |
| Epic Tents, LLC | 384 | $442,648.00 | $0.00 | Modified Amount is debt reflected in the Debtors' books and records |
| Paul Hastings LLP (scheduled) | Sched F | $1,958,105.01 | $1,758,105.01 | Modified Amount is debt reflected in the Debtors' books and records |

12:40:28 PM

**Input:**

| | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_LA/317448/2 |
| Description | DOCS_LA-#317448-v2-SFX--2nd_Omni |
| Document 2 ID | PowerDocs://DOCS_LA/317448/3 |
| Description | DOCS_LA-#317448-v3-SFX--2nd_Omni |
| Rendering set | Standard |

**Legend:**

Insertion
~~Deletion~~
Moved from
Moved to
Style change
Format change
~~Moved deletion~~
Inserted cell
Deleted cell
Moved cell
Split/Merged cell
Padding cell

**Statistics:**

| | Count |
|---|---|
| Insertions | 6 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 12 |