IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1825** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING THE SFX LITIGATION TRUSTEE'S OBJECTION TO JPMORGAN CHASE BANK, N.A. PROOF OF CLAIM 405

1. On November 1, 2018, Dean A. Ziehl, Litigation Trustee for the SFX Litigation Trust, as successor in interest to the estates (the "Litigation Trustee") of the above captioned debtors (the "Debtors"), filed *The SFX Litigation Trustee's Objection to JPMorgan Chase Bank, N.A. Proof of Claim 405* [Docket No. 1825] (the "Claim Objection").

2. Responses to the Claim Objection were to be filed on or before 4:00 p.m. (Eastern Time) on November 15, 2018 (the "Response Deadline").

3. The Litigation Trustee received an informal response from counsel to JPMorgan Chase Bank, N.A. (the "Claimant") who agreed to an estimation of its claim of $0.00.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFXPerryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

As of the date hereof, the Litigation Trustee has received no other objections or informal comments to the Claim Objection.

4.  Attached hereto as **Exhibit A** is a revised proposed *Order Granting the SFX Litigation Trustee's Objection to JPMorgan Chase Bank, N.A. Proof of Claim No. 405* (the "Proposed Order"). The Claimant has no objection to entry of the Proposed Order.

5.  A blacklined copy of the Proposed Order in attached hereto as **Exhibit B** showing changes made from the order attached to the Motion.

6.  Accordingly, the Litigation Trustee respectfully requests entry of the Proposed Order attached hereto as **Exhibit A** as the Court's earliest convenience.

Dated:  December 18, 2018          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Kenneth H. Brown (CA Bar No. 100396)
Steven J. Kahn (CA Bar No. 076933)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     kbrown@pszjlaw.com
            skahn@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel to the Litigation Trustee*