IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SFX ENTERTAINMENT, INC., et al.,[1] | ) Case No.: 16-10238 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 1830** |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMEBER 19, 2018, AT 11:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

## CONTINUED MATTER:

1. Motion of the Litigation Trustee for Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Stipulation Resolving Objection of the Litigation Trustee to Proof of Claims 84, 417 and 641 (Filed: 5/24/18) [Docket No. 1729]

    Response Deadline: June 7, 2018 at 4:00 p.m. Extended to date fourteen (14) days prior to rescheduled hearing for Hueston Hennigan LLP.

    Responses Received: None as of the date of this Notice of Agenda.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

[2] **Amended items are in bold.**

1

Related Documents:

A. [Proposed] Order Approving Motion of the Litigation Trustee for Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Stipulation Resolving Objection of the Litigation Trustee to Proof of Claims 84, 417 and 641 (Filed: 5/24/18) [Docket No. 1729, Exhibit B]

Status: The parties have agreed to continue this matter to a date to be determined.

**MATTER FOR WHICH A COC/CNO HAVE BEEN FILED:**

2. Fourth Joint Motion of the Litigation Trustee and the Reorganized Debtors to Extend Time to Object to Claims (Filed: 10/30/18) [Docket No. 1814]

   Response Deadline: November 14, 2018 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Granting Fourth Joint Motion of the Litigation Trustee and the Reorganized Debtors to Extend Time to Object to Claims (Filed: 10/30/18) [Docket No. 1814, Exhibit A]

   B. Certification of No Objection Regarding Fourth Joint Motion of the Litigation Trustee and the Reorganized Debtors to Extend Time to Object to Claims (Filed: 12/17/18) [Docket No. 1828]

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Litigation Trustee has filed a certification of no objection and respectfully requests the entry of the order attached to the Motion.

3. The SFX Litigation Trustee's Objection to Robert F.X. Sillerman's Unexpunged Portion of Proof of Claim 426 and Proof of Claim 363 in its Entirety (Filed: 10/30/18) [Docket No. 1815]

   Response Deadline: November 14, 2018 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Granting The SFX Litigation Trustee's Objection to Robert F.X. Sillerman's Unexpunged Portion of Proof of Claim 426 and Proof of Claim 363 in its Entirety (Filed: 10/30/18) [Docket No. 1815]

   B. Certification of No Objection Regarding The SFX Litigation Trustee's Objection to Robert F.X. Sillerman's Unexpunged Portion of Proof of Claim 426 and Proof of Claim 363 in its Entirety (Filed: 12/17/18) [Docket No. 1829]

Status: No parties have objected to the relief requested in the Objection. Accordingly, the Litigation Trustee has filed a certification of no objection and respectfully requests the entry of the order attached to the Objection.

4. The SFX Litigation Trustee's First Omnibus Objection to Claims – Substantive (No Liability Claims) (Filed: 10/30/18) [Docket No. 1816]

   Response Deadline: November 14, 2018 at 4:00 p.m.

   Responses Received:

   A. Informal response from Geoffrey Armstrong, Frank E. Barnes, III, Andrew Bazoa, Timothy Bishop, Pasquale Manocchia, Michael J. Meyer, John D. Miller, Joseph Rascoff, Edward Simon and Mitchell Slater (the "Claimants").

   Related Documents:

   A. [Proposed] Order Granting The SFX Litigation Trustee's First Omnibus Objection to Claims – Substantive (No Liability Claims) (Filed: 10/30/18) [Docket No. 1816, Exhibit B]

   B. **Certification of Counsel Regarding Order Granting The SFX Litigation Trustee's First Omnibus Objection to Claims – Substantive (No Liability Indemnity Claims) (Filed: 12/18/18) [Docket No. 1834]**

   Status: **The Litigation Trustee has filed a certification of counsel submitting a revised proposed order resolving the informal response of the Claimants.** Accordingly, no hearing is necessary unless requested by the Court.

5. The SFX Litigation Trustee's Second Omnibus Objection to Claims – Substantive (Books and Records) (Filed: 10/31/18) [Docket No. 1817]

   Response Deadline: November 14, 2018 at 4:00 p.m. *(extended until November 28, 2018 for VistaJet)*

   Responses Received:

   A. Informal response of Vistajet.

   Related Documents:

   A. [Proposed] Order Granting The SFX Litigation Trustee's Second Omnibus Objection to Claims – Substantive (Books and Records) (Filed: 10/31/18) [Docket No. 1817]

DOCS_DE:222294.5 76897/001

      B.      **Certification of Counsel Regarding Order Granting The SFX Litigation Trustee's Second Omnibus Objection to Claims – Substantive (Books and Records) (Filed: 12/18/18) [Docket No. 1838]**

      Status:  **The Litigation Trustee has filed a certification of counsel submitting a revised proposed order resolving the informal response of VistaJet.** Accordingly, no hearing is necessary unless requested by the Court.

6.    The SFX Litigation Trustee's Objection to National Union Fire Insurance Company of Pittsburgh, PA Proof of Claim 262 (Filed: 11/1/18) [Docket No. 1823]

    Response Deadline: November 15, 2018 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

      A.    [Proposed] Order Granting The SFX Litigation Trustee's Objection to National Union Fire Insurance Company of Pittsburgh, PA Proof of Claim 262 (Filed: 11/1/18) [Docket No. 1823, Exhibit B]

      B.    **Certification of No Objection Regarding The SFX Litigation Trustee's Objection to National Union Fire Insurance Company of Pittsburgh, PA Proof of Claim 262 (Filed: 12/17/18) [Docket No. 1831]**

      C.    **[Signed] Order Granting The SFX Litigation Trustee's Objection to National Union Fire Insurance Company of Pittsburgh, PA Proof of Claim 262 (Filed: 12/18/18) [Docket No. 1832]**

    **Status:  The Court has entered an order on this matter.**

7.    The SFX Litigation Trustee's Objection to Enterprize Management, Inc. Proof of Claim 463 (Filed: 11/1/18) [Docket No. 1824]

    Response Deadline: November 15, 2018 at 4:00 p.m.

    Responses Received: Informal response of Enterprize Management, Inc.

    Related Documents:

      A.    [Proposed] Order Granting The SFX Litigation Trustee's Objection to Enterprize Management, Inc. Proof of Claim 463 (Filed: 11/1/18) [Docket No. 1824], Exhibit B]

      B.    **Certification of Counsel Regarding Order Granting The SFX Litigation Trustee's Objection to Enterprize Management, Inc. Proof of Claim 463 (Filed: 12/18/18) [Docket No. 1833]**

**Status:** **The Litigation Trustee has filed a certification of counsel submitting a revised proposed order resolving the informal response of Enterprize Management, Inc.** Accordingly, no hearing is necessary unless requested by the Court.

8. The SFX Litigation Trustee's Objection to JP Morgan Chase Bank, N.A. Proof of Claim 405 (Filed: 11/1/18) [Docket No. 1825]

   Response Deadline: November 15, 2018 at 4:00 p.m.

   Responses Received:

   A.  Informal response of JPMorgan Chase Bank, N.A.

   Related Documents:

   A.  [Proposed] Order Granting The SFX Litigation Trustee's Objection to JP Morgan Chase Bank, N.A. Proof of Claim 405 (Filed: 11/1/18) [Docket No. 1825, Exhibit B]

   B.  **Certification of Counsel Regarding Order Granting The SFX Litigation Trustee's Objection to JP Morgan Chase Bank, N.A. Proof of Claim 405 (Filed: 12/18/18) [Docket No. 1837]**

   Status: **The Litigation Trustee has filed a certification of counsel submitting a revised proposed order resolving the informal response of** JP Morgan Chase Bank, N.A. Accordingly, no hearing is necessary unless requested by the Court.

Dated: December 18, 2018            PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Colin R. Robinson*
Kenneth H. Brown (CA Bar No. 100396)
Debra I. Grassgreen (CA Bar No. 169978)
Maria A. Bove (NY Bar No. 8687)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: 302/652-4100
Facsimile:  302/652-4400
E-mail:     kbrown@pszjlaw.com
            dgrassgreen@pszjlaw.com
            mbove@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel to the SFX Litigation Trust*