**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>Related Docket No. ____ |

**ORDER GRANTING THE SFX LITIGATION TRUSTEE'S OBJECTION TO ENTERPRIZE MANAGEMENT, INC. PROOF OF CLAIM NO. 463**

Upon consideration of the *SFX Litigation Trustee's Objection to Enterprize Management, Inc. Proof of Claim No. 463* (the "Objection") and that certain *Notice of the SFX Litigation Trustee's Objection to Enterprize Management, Inc. Proof of Claim No. 463*; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Objection was good and sufficient under the circumstances and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

**IT IS HEREBY ORDERED THAT:**

1. The Objection is **GRANTED** as set forth herein.

2. Claim No. 463 is disallowed in its entirety.

3. Nothing in this Order shall amend, supersede, preempt, alter or otherwise modify that certain *Order Granting Motion of Grace Walmsley for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code* [D.I. 627] (the "MRFS Order") except that, in addition to the automatic stay, the MRFS Order shall be deemed to modify the injunctions set forth in Article XII of the Plan[2] and paragraphs 49-51 Confirmation Order (collectively, the "Plan Injunction"). For the avoidance of doubt, nothing in the Plan nor the Confirmation Order enjoins, releases or discharges the Litigation Claims (as defined herein) to the extent covered by insurance proceeds.

4. Nothing in this Order including the disallowance of Claim No. 463 shall alter in any way the ability, right or obligation of any insurance carriers that may provide coverage for claims (the "Litigation Claims") asserted in the Action (as defined in the MRFS Order) to (i) administer, handle, defend, settle and/or pay the Litigation Claims, (ii) apply, use and/or pay out proceeds of any insurance policies issued to or providing coverage to the Debtors therefor, (iii) assert and recover claims against each other with respect to the Litigation Claims, and/or (iv) comply with any insurance carrier's existing indemnity payment obligations to other insurance carriers or third parties. For the avoidance of doubt, to the extent applicable, the insurers (and any third party administrators) shall have relief from the automatic stay and/or Plan Injunction, to take the actions set forth in this paragraph.

---

[2] Terms not defined herein shall have the meanings attributed to them in the Objection.

5. Nothing in this Order shall be deemed or construed to subject the Reorganized Debtors or the SFX Litigation Trust, or their respective assets, to liability to any insurance carriers or third parties, under any theory in law or equity, for any claims arising from or related to the Litigation Claims or the Action.

6. Kurtzman Carson Consultants, LLC, as claims and noticing agent in the above-captioned chapter 11 cases, is authorized and directed to update the claims register to reflect the relief granted in this Order.

7. The Litigation Trustee and the Reorganized Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: December 19th, 2018**
**Wilmington, Delaware**

DOCS_LA:318025.2 76897/001

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**