# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.* | Case No. 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DISTRIBUTIONS FOR CLASS 6 CREDITORS (CONVENIENCE CLASS) PURSUANT TO THE CONFIRMED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE THAT** by Order dated November 15, 2016 [Docket No. 1293] (the "Confirmation Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirmed the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. Under Chapter 11 of the Bankruptcy Code (As Modified)* (the "Plan"),[1] attached to the Confirmation Order as Exhibit A.[2]

**PLEASE TAKE FURTHER NOTICE THAT** on December 2, 2016, the conditions set forth in Section 10.02 of the Plan were satisfied and the Effective Date of the Plan occurred.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan, Holders of Allowed Class 6 Claims (i.e., Convenience Claims against 2019 Debtors) are entitled to receive in full satisfaction, settlement, discharge and release of, and in exchange for, such Claim, a one-time payment in Cash equal to such Holder's *pro rata* share (calculated based on the proportion that such Holder's Allowed Claim bears to the aggregate amount of Allowed Convenience Claims) of the $750,000 Convenience Class Cash Pool.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

[2] Copies of the Confirmation Order, the Plan and related documents are (i) available for inspection at the Office of the Clerk, United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, or may be downloaded from the Bankruptcy Court website at http://www.deb.uscourts.gov and (ii) may be obtained, free of charge, by visiting the case website at http://www.kccllc.net/sfx, or by telephone at (888) 201-2205 or, if calling from outside the United States and Canada, at (310) 751-1839.

**PLEASE TAKE FURTHER NOTICE THAT** the attached hereto as **Exhibit A** is the projected Distributions to Holders of Allowed Class 6 Claims (the "Distribution Schedule").[3]

**PLEASE TAKE FURTHER NOTICE THAT** the Distributions set forth on the Distribution Schedule shall commence on or about May 28, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** Kurtzman Carson Consultants, LLC (the "Disbursing Agent") will solicit from certain Holders of Class 6 Claims a Request for Taxpayer Identification Number, substantially in the forms annexed hereto as **Exhibit B**. To be eligible to receive a Distribution, you must submit a completed Request for Taxpayer Identification Number to the Disbursing Agent as set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT** if you have any questions or objections to the Distribution Schedule or the Request for Taxpayer Identification Number, please contact the Disbursing Agent by emailing SFXinfo@kccllc.com or calling 310-751-1839.

Dated: May 21, 2019

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Leo Muchnik (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-6826
Email: MuchnikL@gtlaw.com

---

[3] Except as otherwise indicated on Exhibit I to the Plan Supplement [Docket No. 1340], Beatport, LLC assumed all of its label agreements and have satisfied any respective cure payments.