## Exhibit B

**Request for Taxpayer Identification Number**

**SFX ENTERTAINMENT, INC.,** *et al.*
<u>**REQUEST FOR FORM W-9**</u>[1]

May [__], 2019

**To:**   The Holders of Potentially Allowed Convenience Claims (Class 6) in the Chapter 11 Cases of SFX Entertainment, Inc., <u>et</u> <u>al</u>., Case No. 16–10238 (MFW) (Del.)

**Introduction**

On November 15, 2016, the United States Bankruptcy Court for the District of Delaware entered an order confirming the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. under Chapter 11 of the Bankruptcy Code (As Modified)*. The Plan became effective on December 2, 2016. In accordance with the Plan, the Reorganized Debtors (the "<u>Company</u>") will be making a distribution to Holders of Allowed Convenience Claims (Class 6) consisting of a cash distribution of each Holder's *pro rata* share of the $750,000 Convenience Class Cash Pool (the "<u>Distribution</u>").

To the extent your Claim becomes Allowed and you are entitled to a Distribution, your Distribution may be subject to applicable tax withholding.[2]

---

[1] This Letter is qualified in its entirely by the terms of the *Findings of Fact, Conclusions of Law, and Order Under U.S.C. § 1129(a) and (b) and the Federal Rule of Bankruptcy Procedure 3020 Confirming the Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. Under Chapter 11 of the Bankruptcy Code (as Modified)*, [Docket No. 1293] (the "<u>Confirmation Order</u>"), including the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. under Chapter 11 of the Bankruptcy Code (As Modified)* (as attached as **<u>Exhibit A</u>** to the Confirmation Order, the "<u>Plan</u>"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. Copies of the Confirmation Order and Plan are available, free of charge, by visiting the case website at http://www.kccllc.net/sfx, or by telephone at (888) 201-2205 or, if calling from outside the United States and Canada, at (310) 751-1839.

[2] Section 8.08 of the Plan provides, in pertinent part, as follows:

> In connection with the Plan and all Distributions under the Plan, the Reorganized Debtors and the Disbursing Agent shall, to the extent applicable, comply with all tax withholding, payment, and reporting requirements imposed by any federal, state, provincial, local, or foreign taxing authority, and all Distributions under the Plan shall be subject to any such withholding, payment, and reporting requirements. The Reorganized Debtors and the Disbursing Agent shall be authorized to take any and all actions that may be necessary or appropriate to comply with such withholding, payment, and reporting requirements. Notwithstanding any other provision of the Plan, and except as provided in the DIP Credit Agreement, the Foreign Loan Agreement or the Prepetition Second Priority Indenture, (a) each Holder of an Allowed Claim that is to receive a Distribution of Cash pursuant to the Plan shall have sole and exclusive responsibility for the satisfaction and payment of any Tax obligations imposed by any governmental unit, including income, withholding, and other Tax obligations, on account of such Distribution, and including, in the cases of any Holder of a Disputed Claim that has become an Allowed Claim, any Tax obligation that would be imposed upon the Reorganized Debtors in connection with such Distribution, and (b) no Distribution of Cash shall be made to or on behalf of such Holder pursuant to the Plan unless and until such Holder has made arrangements satisfactory to the applicable Reorganized Debtor for the payment and satisfaction of such withholding Tax obligations or such Tax obligation that would be imposed upon the Reorganized Debtors in connection with such Distribution. Any property to be distributed pursuant to the Plan shall, pending the implementation of such arrangements, be treated as an undeliverable Distribution pursuant to Section 8.06 of the Plan.

Accordingly, **the Reorganized Debtors need your correct taxpayer identification number (or if you are a not a U.S. person, a certification that you are not a U.S. person and are exempt from U.S. taxation)**. Our records indicate that you might not be a U.S. person for federal tax withholding or reporting purposes. Accordingly, we have enclosed an I.R.S. Form W-8BEN-E. Kurtzman Carson Consultants, LLC (the "Disbursing Agent") is collecting the information requested by this letter on behalf of the Company.

Please review the instructions on the form prior to completion and consult your tax advisor to determine whether this is the right form to use. Additional tax forms can be obtained at https://www.irs.gov. (If you are a U.S. person, please instead provide a completed I.R.S. Form W-9 to provide your taxpayer identification number; you can obtain a Form W-9 at https://www.irs.gov/pub/irs-pdf/fw9.pdf). The completed form should be returned so that it is actually received no later than **5:00 p.m. (Eastern Standard Time) on Friday, June 7, 2019**. The completed form should be returned to the following address, email or fax:

**SFX Processing Center**
**c/o KCC**
**222 Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**
**Fax: 310-776-8333**
**Email: SFXInfo@kccllc.com**

If you do not provide the information requested in this letter so that it is actually received by **5:00 p.m. (Eastern Standard Time) on Friday, June 7, 2019**, or if the information you have sent is incomplete or illegible, you will not receive your Distribution until a later distribution date, after you have provided the required information.

Your receipt of this letter is not intended nor shall it be deemed to constitute an admission by the Debtors that you have a claim or that any such claim is or will be Allowed.

**Other Information**

If the Disbursing Agent determines, in its sole discretion, that the information you have sent is incomplete or illegible, your submission may be rejected by the Disbursing Agent, and you may not receive your Distribution until a later distribution date. The information you provide, including your social security or taxpayer identification number, will be held on a confidential basis.

Receipt of your Distribution may have tax consequences for you, and you are encouraged to consult with your tax advisor.

If you have any questions about your distribution, or for more information, you may contact the Disbursing Agent by calling the following number: 310-751-1839 or emailing the Disbursing Agent to SFXinfo@kccllc.com.

Sincerely,

KCC
Disbursing Agent

**NOTHING HEREIN SUPERSEDES OR MODIFIES THE TERMS AND CONDITIONS OF THE PLAN OR THE CONFIRMATION ORDER.  TO THE EXTENT OF ANY CONFLICT, THE TERMS OF THE PLAN AND CONFIRMATION ORDER SHALL OVERRIDE ANY STATEMENTS TO THE CONTRARY IN THIS LETTER.  YOUR RECEIPT OF THIS LETTER DOES NOT MEAN YOU HAVE AN ALLOWED CLAIM, AND THE DEBTORS, THE REORGANIZED DEBTORS, AND THE POST-EFFECTIVE DATE COMMITTEE RESERVE ALL RIGHTS TO DISPUTE THE AMOUNT, NATURE, OR ALLOWANCE OF YOUR ASSERTED, FILED, OR SCHEDULED CLAIM(S), IF ANY.**

# SFX ENTERTAINMENT, INC., *et al.*
# REQUEST FOR FORM W-9[1]

May [__], 2019

To:  The Holders of Potentially Allowed Convenience Claims (Class 6) in the Chapter 11 Cases of SFX Entertainment, Inc., <u>et al.</u>, Case No. 16–10238 (MFW) (Del.)

### Introduction

On November 15, 2016, the United States Bankruptcy Court for the District of Delaware entered an order confirming the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. under Chapter 11 of the Bankruptcy Code (As Modified)*. The Plan became effective on December 2, 2016. In accordance with the Plan, the Reorganized Debtors (the "Company") will be making a distribution to Holders of Allowed Convenience Claims (Class 6) consisting of a cash distribution of each Holder's *pro rata* share of the $750,000 Convenience Class Cash Pool (the "Distribution").

To the extent your Claim becomes Allowed and you are entitled to a Distribution, your Distribution may be subject to applicable tax withholding.[2]

---

[1] This Letter is qualified in its entirely by the terms of the *Findings of Fact, Conclusions of Law, and Order Under U.S.C. § 1129(a) and (b) and the Federal Rule of Bankruptcy Procedure 3020 Confirming the Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. Under Chapter 11 of the Bankruptcy Code (as Modified)*, [Docket No. 1293] (the "Confirmation Order"), including the *Fifth Amended Joint Plan of Reorganization of SFX Entertainment, Inc., et al. under Chapter 11 of the Bankruptcy Code (As Modified)* (as attached as **Exhibit A** to the Confirmation Order, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. Copies of the Confirmation Order and Plan are available, free of charge, by visiting the case website at http://www.kccllc.net/sfx, or by telephone at (888) 201-2205 or, if calling from outside the United States and Canada, at (310) 751-1839.

[2] Section 8.08 of the Plan provides, in pertinent part, as follows:

> In connection with the Plan and all Distributions under the Plan, the Reorganized Debtors and the Disbursing Agent shall, to the extent applicable, comply with all tax withholding, payment, and reporting requirements imposed by any federal, state, provincial, local, or foreign taxing authority, and all Distributions under the Plan shall be subject to any such withholding, payment, and reporting requirements. The Reorganized Debtors and the Disbursing Agent shall be authorized to take any and all actions that may be necessary or appropriate to comply with such withholding, payment, and reporting requirements. Notwithstanding any other provision of the Plan, and except as provided in the DIP Credit Agreement, the Foreign Loan Agreement or the Prepetition Second Priority Indenture, (a) each Holder of an Allowed Claim that is to receive a Distribution of Cash pursuant to the Plan shall have sole and exclusive responsibility for the satisfaction and payment of any Tax obligations imposed by any governmental unit, including income, withholding, and other Tax obligations, on account of such Distribution, and including, in the cases of any Holder of a Disputed Claim that has become an Allowed Claim, any Tax obligation that would be imposed upon the Reorganized Debtors in connection with such Distribution, and (b) no Distribution of Cash shall be made to or on behalf of such Holder pursuant to the Plan unless and until such Holder has made arrangements satisfactory to the applicable Reorganized Debtor for the payment and satisfaction of such withholding Tax obligations or such Tax obligation that would be imposed upon the Reorganized Debtors in connection with such Distribution. Any property to be distributed pursuant to the Plan shall, pending the implementation of such arrangements, be treated as an undeliverable Distribution pursuant to Section 8.06 of the Plan.

Case 16-10238-MFW   Doc 1873-2   Filed 05/21/19   Page 6 of 7

Accordingly, **the Reorganized Debtors need your correct taxpayer identification number which, in the case of an individual is her or her social security number**. Enclosed please find a Form W-9, "*Request for Taxpayer Identification Number and Certification*," for you to complete and return as provided for below. Kurtzman Carson Consultants, LLC (the "Disbursing Agent") is collecting the information requested by this Letter on behalf of the Company.

Please review the instructions on the form prior to completion. The completed form should be returned so that it is actually received no later than **5:00 p.m. (Eastern Standard Time) on Friday, June 7, 2019**. The completed form should be returned to the following address, email or fax:

**SFX Processing Center**
**c/o KCC**
**222 Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**
**Fax: 310-776-8333**
**Email: SFXInfo@kccllc.com**

If you do not provide the information requested in this Letter so that it is actually received by **5:00 p.m. (Eastern Standard Time) on Friday, June 7, 2019**, or if the information you have sent is incomplete or illegible, you will not receive your Distribution until a later distribution date, after you have provided the required information.

Your receipt of this Letter is not intended nor shall it be deemed to constitute an admission by the Debtors that you have a claim or that any such claim is or will be Allowed.

**Other Information**

If the Disbursing Agent determines, in its sole discretion, that the information you have sent is incomplete or illegible, your submission may be rejected by the Disbursing Agent, and you may not receive your Distribution until a later distribution date. The information you provide, including your social security or taxpayer identification number, will be held on a confidential basis.

Receipt of your Distribution may have tax consequences for you, and you are encouraged to consult with your tax advisor.

If you are not a U.S. person and are exempt from U.S. taxation, please contact the Disbursing Agent at the address or email listed above for further instructions, because a different form of taxpayer certification will be required from you on or before Friday, June 7, 2019.

If you have any questions about your distribution, or for more information, you may contact the Disbursing Agent by calling the following number: 310-751-1839 or emailing the Disbursing Agent to SFXinfo@kccllc.com.

Sincerely,

KCC
Disbursing Agent

**NOTHING HEREIN SUPERSEDES OR MODIFIES THE TERMS AND CONDITIONS OF THE PLAN OR THE CONFIRMATION ORDER.  TO THE EXTENT OF ANY CONFLICT, THE TERMS OF THE PLAN AND CONFIRMATION ORDER SHALL OVERRIDE ANY STATEMENTS TO THE CONTRARY IN THIS LETTER.  YOUR RECEIPT OF THIS LETTER DOES NOT MEAN YOU HAVE AN ALLOWED CLAIM, AND THE DEBTORS, THE REORGANIZED DEBTORS, AND THE POST-EFFECTIVE DATE COMMITTEE RESERVE ALL RIGHTS TO DISPUTE THE AMOUNT, NATURE, OR ALLOWANCE OF YOUR ASSERTED, FILED, OR SCHEDULED CLAIM(S), IF ANY.**