# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SFX Entertainment, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10238 (MFW) <br><br> **Ref. Docket No. 1875, 1887** |
| In re: <br><br> 430R Acquisition LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10239 (MFW) |
| In re: <br><br> Beatport, LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10240 (MFW) |
| In re: <br><br> Core Productions LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10241 (MFW) |
| In re: <br><br> EZ Festivals LLC, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10242 (MFW) |
| In re: <br><br> Flavorus, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 16-10243 (MFW) |

| | |
|---|---|
| In re:<br><br>ID&T/SFX Mysteryland LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10244 (MFW) |
| In re:<br><br>ID&T/SFX North America LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10245 (MFW) |
| In re:<br><br>ID&T/SFX Q-Dance LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10246 (MFW) |
| In re:<br><br>ID&T/SFX Sensation LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10247 (MFW) |
| In re:<br><br>ID&T/SFX TomorrowWorld LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10248 (MFW) |
| In re:<br><br>LETMA Acquisition, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10249 (MFW) |
| In re:<br><br>Made Event, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10250 (MFW) |

ADMIN 35460484v2

| | |
|---|---|
| In re:<br><br>Michigan JJ Holdings LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10251 (MFW) |
| In re:<br><br>SFX Acquisition LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10252 (MFW) |
| In re:<br><br>SFX Brazil LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10253 (MFW) |
| In re:<br><br>SFX Canada Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10254 (MFW) |
| In re:<br><br>SFX Development LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10255 (MFW) |
| In re:<br><br>SFX EDM Holdings Corporation,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10256 (MFW) |
| In re:<br><br>SFX Entertainment International, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10257 (MFW) |

| | |
|---|---|
| In re:<br><br>SFX Entertainment International II, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10258 (MFW) |
| In re:<br><br>SFX Intermediate Holdco II LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10259 (MFW) |
| In re:<br><br>SFX Managing Member Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10260 (MFW) |
| In re:<br><br>SFX Marketing LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10261 (MFW) |
| In re:<br><br>SFX Platform & Sponsorship LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10262 (MFW) |
| In re:<br><br>SFX Technology Services, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10263 (MFW) |
| In re:<br><br>SFX/AB Live Event Canada, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10264 (MFW) |

ADMIN 35460484v2

| | |
|---|---|
| In re:<br><br>SFX/AB Live Event Intermediate Holdco LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10265 (MFW) |
| In re:<br><br>SFX/AB Live Event LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10266 (MFW) |
| In re:<br><br>SFX-94 LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10267 (MFW) |
| In re:<br><br>SFX-Disco Intermediate Holdco LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10268 (MFW) |
| In re:<br><br>SFX-Disco Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10269 (MFW) |
| In re:<br><br>SFXE IP LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10270 (MFW) |
| In re:<br><br>SFX-EMC, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10271 (MFW) |

| | |
|---|---|
| In re:<br><br>SFX-Hudson LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10272 (MFW) |
| In re:<br><br>SFX-IDT N.A. Holding II LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10273 (MFW) |
| In re:<br><br>SFX-LIC Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10274 (MFW) |
| In re:<br><br>SFX-IDT N.A. Holding LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10275 (MFW) |
| In re:<br><br>SFX-Nightlife Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10276 (MFW) |
| In re:<br><br>SFX-Perryscope LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10277 (MFW) |
| In re:<br><br>SFX-React Operating LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10278 (MFW) |

| In re: | Chapter 11 |
|---|---|
| Spring Awakening, LLC, | Case No. 16-10279 (MFW) |
| Debtor. | |
| In re: | Chapter 11 |
| SFXE Netherlands Holdings Coöperatief U.A., | Case No. 16-10280 (MFW) |
| Debtor. | |
| In re: | Chapter 11 |
| SFXE Netherlands Holdings B.V., | Case No. 16-10281 (MFW) |
| Debtor. | |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES

Upon the *Reorganized Debtors' Motion for Entry of a Final Decree and Order Closing Chapter 11 Cases* (the "Motion")[1] and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and the Debtors' estates and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction of this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is GRANTED as set forth herein.

2. The following bankruptcy cases of the Debtors shall be and hereby are closed:

|   | Company Name | Case No. |
|---|---|---|
| 1 | 430R Acquisition LLC | 16-10239 |

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

ADMIN 35460484v2

| 2 | Beatport, LLC | 16-10240 |
|---|---|---|
| 3 | Core Productions LLC | 16-10241 |
| 4 | EZ Festivals LLC | 16-10242 |
| 5 | Flavorus, Inc. | 16-10243 |
| 6 | ID&T/SFX Mysteryland LLC | 16-10244 |
| 7 | ID&T/SFX North America LLC | 16-10245 |
| 8 | ID&T/SFX Q-Dance LLC | 16-10246 |
| 9 | ID&T/SFX Sensation LLC | 16-10247 |
| 10 | ID&T/SFX TomorrowWorld LLC | 16-10248 |
| 11 | LETMA Acquisition, LLC | 16-10249 |
| 12 | Made Event, LLC | 16-10250 |
| 13 | Michigan JJ Holdings LLC | 16-10251 |
| 14 | SFX Acquisition LLC | 16-10252 |
| 15 | SFX Brazil LLC | 16-10253 |
| 16 | SFX Canada Inc. | 16-10254 |
| 17 | SFX Development LLC | 16-10255 |
| 18 | SFX EDM Holdings Corporation | 16-10256 |
| 19 | SFX Entertainment, Inc. | 16-10238 |
| 20 | SFX Entertainment International II, Inc. | 16-10258 |
| 21 | SFX Entertainment International, Inc. | 16-10257 |
| 22 | SFX Intermediate Holdco II LLC | 16-10259 |
| 23 | SFX Managing Member Inc. | 16-10260 |
| 24 | SFX Marketing LLC | 16-10261 |
| 25 | SFX Platform & Sponsorship LLC | 16-10262 |
| 26 | SFX Technology Services, Inc. | 16-10263 |
| 27 | SFX/AB Live Event Canada, Inc. | 16-10264 |
| 28 | SFX/AB Live Event Intermediate Holdco LLC | 16-10265 |
| 29 | SFX/AB Live Event LLC | 16-10266 |
| 30 | SFX-94 LLC | 16-10267 |
| 31 | SFX-Disco Intermediate Holdco LLC | 16-10268 |
| 32 | SFX-Disco Operating LLC | 16-10269 |
| 33 | SFXE IP LLC | 16-10270 |
| 34 | SFXE Netherlands Holdings B.V. | 16-10281 |
| 35 | SFXE Netherlands Holdings Coöperatief U.A. | 16-10280 |
| 36 | SFX-EMC, Inc. | 16-10271 |
| 37 | SFX-Hudson LLC | 16-10272 |
| 38 | SFX-IDT N.A. Holding II LLC | 16-10273 |
| 39 | SFX-IDT N.A. Holding LLC | 16-10275 |
| 40 | SFX-LIC Operating LLC | 16-10274 |

ADMIN 35460484v2

| 41 | SFX-Nightlife Operating LLC | 16-10276 |
| 42 | SFX-Perryscope LLC | 16-10277 |
| 43 | SFX-React Operating LLC | 16-10278 |
| 44 | Spring Awakening, LLC | 16-10279 |

3.  To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid, and to the extent not already filed, any post-confirmation reports required to be filed shall be filed (and/or otherwise provided to the United States Trustee) on or before July 10, 2019.

4.  The Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk") shall enter this Final Decree and Order individually on each of the dockets of each of the Debtors' cases, and thereafter those dockets shall be marked as "Closed."

5.  Notwithstanding any stay that might be applicable to this Final Decree and Order, this Final Decree and Order shall be effective and enforceable immediately upon entry hereof.

6.  The following adversary proceedings shall remain open notwithstanding entry of this Final Decree and Order: (i) *Ziehl v. MA.S.S. Services, Inc. d/b/a Comfort Zone Portables*, Adv. No. 18-50162; (ii) *Ziehl v. Timothy Crowhurst and White Oak Securities LLC*, Adv. No. 18-50165; and (iii) *Ziehl v. Backbone North America, Inc.*, Adv. No. 18-50961.

7.  Pursuant to Local Rule 2002-1(f), the Claims and Noticing Agent is relieved of any further obligations with respect to claims and noticing services effective immediately upon entry of this Final Decree and Order. In accordance with Local Rule 2002-l(f)(ix), within twenty-eight (28) days of entry of this Final Decree and Order, the Claims and Noticing Agent will: (a) forward to the Clerk an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, and (c) docket a Final Claims Register.  One combined register shall be docketed in the lead case containing claims of all cases.  The Claims and Noticing Agent shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road,

ADMIN 35460484v2

Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

8. Entry of this Final Decree and Order shall be without prejudice to the rights of the Litigation Trustee, on behalf of the Litigation Trust, or any other party-in-interest to seek to reopen any of the Chapter 11 Cases for cause.

9. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Final Decree and Order.

**Dated: June 28th, 2019**
**Wilmington, Delaware**
ADMIN 35460484v2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**